

December 11, 2017

**VIA ELECTRONIC FILING**
United States District Court
Eastern District of Texas
United States Courthouse
7940 Preston Road Room 101
Plano, Texas 75024

Re:    *Billy Joe Wardlow v. Lorie Davis, Director*
       Civil Action No. 4:04-cv-00408-MAC

Dear Clerk:

Attached please find **State Court Records** in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,


/s/ Fredericka Sargent
FREDERICKA SARGENT
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

FS/tav
Enclosures