

# Court of Criminal Appeals

### State of Texas
### Box 12308
### Capitol Station
### Austin 78711

TROY C. BENNETT, JR.
CLERK

RICHARD WETZEL
EXECUTIVE ADMINISTRATOR

MICHAEL J. McCORMICK
PRESIDING JUDGE

SAM HOUSTON CLINTON
BILL WHITE
CHARLES F. (CHARLIE) BAIRD
MORRIS L. OVERSTREET
FRANK MALONEY
LAWRENCE E. MEYERS
STEPHEN W. MANSFIELD
SHARON KELLER
JUDGES

October 15, 1996

Mr. Bobby LaPrade
District Clerk
Titus County Courthouse
Courthouse Annex
105 W. 1st Street
Mount Pleasant, Texas  75455

      Re:  72,102 - Billy Joe Wardlow
           Trial Court Cause No. 12,764
           76th Judicial District Court
           Titus County (on change of venue
           from Morris County)

Dear Mr. LaPrade:

    Enclosed is an Order entered by this Court regarding the above styled and numbered cause now before this Court on direct appeal.

    Your immediate attention to this matter would be greatly appreciated. If you have any questions concerning this matter, please contact me at the Court of Criminal Appeals, P. O. Box 12308, Capitol Station, Austin, Texas 78711, telephone number (512) 463-1552.

    Thank you.

                             Very truly yours,

                             *George Miller*
                             George Miller
                             Chief Deputy Clerk

GM:fk
Enclosure

FILED
AT _____ O'CLOCK _____ M

OCT 18 1996

BOBBY LA PRADE - CLERK, DISTRICT COURT
TITUS COUNTY, TX
_____ DEPUTY

COPY

*[Handwritten note:] 10-21-96 / Talked to Mr. Miller / He wants originals / per order*

