Vol. II of IX

No. _____  CCRA No. **72102**

<u>Billy Joe Wardlow</u>
*Appellan*

<u>Offense</u>                                    <u>Punishment</u>

<u>                              </u>
*County*

_____MOTION FOR
REHEARING IS_____.
_____19_____.
<u>                              </u>
JUSTICE

Trial Court_____
Trial Court No._____
Trial Judge_____
Disposition_____
Date_____
Justice_____P.C._____S_____
Panel_____Quarter_____En Banc_____
S/F <u>Vols. 2-9</u>
St. B_____
Ap. B_____
Supp. Tr._____
Supp. B_____
Pro Se_____
On Pdr:
Pdr Filed_____
Response_____
Brief

35 SP78517