

*72102*

CAUSE NO. 12,764

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | TITUS COUNTY, TEXAS |
| | § | |
| BILLY JOE WARDLOW | § | 76TH JUDICIAL DISTRICT |

## MASTER INDEX

### VOLUME 2 of 43 volumes

FILED IN
COURT OF CRIMINAL APPEALS

OCT 1 1 1995

Troy C. Bennett, Jr., Clerk

ORIGINAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FILED IN
COURT OF CRIMINAL APPEALS

OCT 1 1 1995

Troy C. Bennett, Jr., Clerk

CAUSE NO. 12,764

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | TITUS COUNTY, TEXAS |
| | § | |
| BILLY JOE WARDLOW | § | 76TH JUDICIAL DISTRICT |

MASTER INDEX

**VOLUME 2 of 43 volumes**

CHRONOLOGICAL INDEX                        PAGE/VOLUME

**VOLUME 1** (COURT PAPERS)

**VOLUME 2** (MASTER INDEX)

**VOLUME 3** (MAY 18, 1994)

APPEARANCES . . . . . . . . . . . . . . . . .     2/3

ARRAIGNMENT . . . . . . . . . . . . . . . .     3/3

MOTIONS DISPOSED OF:

MOTION IN LIMINE NUMBER ONE . . . . . . . .    19/3

MOTION FOR MENTAL EXAMINATION . . . . . . .   20,23/3

DEFENDANT'S MOTION FOR DISCLOSURE OF
EXCULPATORY EVIDENCE . . . . . . . . . . .    20/3

MOTION IN LIMINE NUMBER TWO . . . . . . . .    21/3

DEFENDANT'S MOTION FOR A LIST OF
STATE'S WITNESSES . . . . . . . . . . . . .    21/3

DEFENDANT'S MOTION FOR COURT REPORTER
TO TRANSCRIBE PROCEEDINGS . . . . . . . . .    22/3

MOTION FOR A HEARING TO DETERMINE
QUALIFICATION AND REPUTATION OF
THE CHARACTER WITNESSES TO TESTIFY
PURSUANT TO RULE 405 . . . . . . . . . . .    22/3

MOTION FOR THE APPOINTMENT OF AN
INVESTIGATOR AND EXPERT WITNESS . . . . . .    22/3

MOTION FOR DISCOVERY PRODUCTION AND
INSPECTION OF EVIDENCE, NUMBER ONE . . . .    22/3

MOTION FOR A HANDWRITING EXEMPLAR . . . . .    24/3

MOTION FOR JUVENILE RECORDS . . . . . . . .    25/3

REPORTER'S CERTIFICATE . . . . . . . . . .    29/3

**VOLUME 4** (JUNE 23, 1994)

APPEARANCES . . . . . . . . . . . . . . . . .     1/4

| CHRONOLOGICAL INDEX | PAGE/VOLUME |
|---|---|
| MORNING SESSION . . . . . . . . . . . . . . | 2/4 |
| COURT REPORTER'S CERTIFICATE PAGE . . . . . | 12/4 |
| JUDGE'S CERTIFICATE PAGE  . . . . . . . . | 14/4 |
| ATTORNEYS' CERTIFICATE PAGE . . . . . . . . | 15/4 |

**VOLUME 5 (AUGUST 12, 1994)**

| | |
|---|---|
| APPEARANCES . . . . . . . . . . . . . . . | 1/5 |
| WITNESSES SWORN . . . . . . . . . . . . . | 16/5 |
| TESTIMONY BY DEFENDANT  . . . . . . . . . | 22/5 |

RON GOETZ

| | |
|---|---|
| DIRECT EXAMINATION BY MR. OLD  . . . . . | 22/5 |
| CROSS EXAMINATION BY MR. TOWNSEND  . . . | 36/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 37/5 |

RONALD M. COWAN

| | |
|---|---|
| DIRECT EXAMINATION BY MR. OLD  . . . . . | 38/5 |
| CROSS EXAMINATION BY MR. TOWNSEND  . . . | 48/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 52/5 |

GROVER DYAS

| | |
|---|---|
| DIRECT EXAMINATION BY MR. OLD  . . . . . | 54/5 |
| CROSS EXAMINATION BY MR. TOWNSEND  . . . | 57/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 58/5 |

WILLIAM H. McCOY

| | |
|---|---|
| DIRECT EXAMINATION BY MR. OLD  . . . . . | 60/5 |
| CROSS EXAMINATION BY MR. TOWNSEND  . . . | 66/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 68/5 |
| RECROSS EXAMINATION BY MR. TOWNSEND  . . | 69/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 70/5 |

JOEL BUMPASS

| | |
|---|---|
| DIRECT EXAMINATION BY MR. OLD  . . . . . | 71/5 |
| CROSS EXAMINATION BY MR. TOWNSEND  . . . | 74/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 76/5 |

JOHNNY FLOYD

| | |
|---|---|
| DIRECT EXAMINATION BY MR. OLD  . . . . . | 77/5 |
| CROSS EXAMINATION BY MR. TOWNSEND  . . . | 80/5 |
| REDIRECT EXAMINATION BY MR. OLD  . . . . | 83/5 |

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

RUSSELL GUEST
     DIRECT EXAMINATION BY MR. OLD  . . . . .          85/5
     CROSS EXAMINATION BY MR. TOWNSEND  . . .          88/5
     REDIRECT EXAMINATION BY MR. OLD  . . . .          90/5

FLETCHER HARTGROVE
     DIRECT EXAMINATION BY MR. OLD  . . . . .          91/5
     CROSS EXAMINATION BY MR. TOWNSEND  . . .          94/5
     REDIRECT EXAMINATION BY MR. OLD  . . . .          95/5

ROBERT HENDERSON
     DIRECT EXAMINATION BY MR. OLD  . . . . .          96/5

JAMES HILL
     DIRECT EXAMINATION BY MR. OLD  . . . . .          99/5
     CROSS EXAMINATION BY MR. TOWNSEND  . . .         102/5

SUE HILL
     DIRECT EXAMINATION BY MR. OLD  . . . . .         105/5
     CROSS EXAMINATION BY MR. TOWNSEND  . . .         107/5
     REDIRECT EXAMINATION BY MR. OLD  . . . .         108/5

A.W. LAWTON
     DIRECT EXAMINATION BY MR. OLD  . . . . .         109/5
     CROSS EXAMINATION BY MR. TOWNSEND  . . .         113/5
     REDIRECT EXAMINATION BY MR. OLD  . . . .         113/5

CATHY BYRD
     DIRECT EXAMINATION BY MR. OLD  . . . . .         115/5

PATSY MARTIN
     DIRECT EXAMINATION BY MR. OLD  . . . . .         119/5

W.S. NASH
     DIRECT EXAMINATION BY MR. OLD  . . . . .         124/5
     CROSS EXAMINATION BY MR. TOWNSEND  . . .         126/5

O.B. SENN, JR.
     DIRECT EXAMINATION BY MR. OLD  . . . . .         128/5

DEFENDANT RESTED ITS CASE ON
MOTION FOR CHANGE OF VENUE  . . . . . . .             131/5

TESTIMONY BY STATE  . . . . . . . . . . .             131/5
BOB SCAFF
     DIRECT EXAMINATION BY MR. TOWNSEND  . . .         131/5
     CROSS EXAMINATION BY MR. OLD . . . . . .         137/5

CHRONOLOGICAL INDEX                          PAGE/VOLUME

STATE RESTED ITS CASE ON
MOTION FOR CHANGE OF VENUE  . . . . . . . .    140/5

COURT REPORTER'S CERTIFICATE PAGE . . . . .    152/5

JUDGE'S CERTIFICATE PAGE  . . . . . . . .      154/5

ATTORNEYS' CERTIFICATE PAGE . . . . . . .      155/5

VOLUME 6 (OCTOBER 6, 1994)

APPEARANCES . . . . . . . . . . . . . . .        1/6

MORNING SESSION . . . . . . . . . . . . .        3/6

POTENTIAL JURORS SWORN  . . . . . . . . .        4/6

1ST JURY PANEL GROUP QUALIFIED  . . . . .        4/6

POTENTIAL JURORS SWORN  . . . . . . . . .       32/6

2ND JURY PANEL GROUP QUALIFIED  . . . . .       32/6

SECOND GROUP SEATED . . . . . . . . . . .      111/6

COURT ADJOURNED . . . . . . . . . . . . .      151/6

COURT REPORTER'S CERTIFICATE  . . . . . .      152/6

VOLUME 7 (OCTOBER 11, 1994)

APPEARANCES . . . . . . . . . . . . . . .        1/7

MORNING SESSION . . . . . . . . . . . . .        3/7

COURT ADJOURNED . . . . . . . . . . . . .       24/7

COURT REPORTER'S CERTIFICATE  . . . . . .       25/7

VOLUME 8 (OCTOBER 12, 1994)

APPEARANCES . . . . . . . . . . . . . . .        1/8

MORNING SESSION . . . . . . . . . . . . .        3/8

COURT ADJOURNED . . . . . . . . . . . . .       49/8

COURT REPORTER'S CERTIFICATE  . . . . . .       50/8

CHRONOLOGICAL INDEX                              PAGE/VOLUME

**VOLUME 9  (OCTOBER 17, 1994)**

APPEARANCES  . . . . . . . . . . . . . . . .          1/9

MORNING SESSION  . . . . . . . . . . . . .          3/9

HEARING ON MOTION TO SUPPRESS CONFESSIONS(S)          3/9

WITNESS SWORN  . . . . . . . . . . . . . .          6/9

RULE INVOKED . . . . . . . . . . . . . . .          6/9

DEFENDANT SWORN  . . . . . . . . . . . . .          8/9

WITNESS FOR THE STATE
RICKY BLACKBURN
        DIRECT EXAMINATION BY MR. TOWNSEND    .          9/9
        VOIR DIRE BY MR. OLD  . . . . . . . .         23/9
        DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)     26/9
        VOIR DIRE BY MR. OLD  . . . . . . . .         28/9
        DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)     32/9
        CROSS EXAMINATION BY MR. OLD   . . . .         49/9

RECESS   . . . . . . . . . . . . . . . . .         51/9

WITNESS FOR THE STATE
RICKY BLACKBURN
        CROSS EXAMINATION BY MR. OLD (CONT.) .         51/9

COURT ADJOURNED  . . . . . . . . . . . . .        104/9

COURT REPORTER'S CERTIFICATE . . . . . . .        105/9

**VOLUME 10  (OCTOBER 18, 1994)**

APPEARANCES  . . . . . . . . . . . . . . .          1/10

MORNING SESSION  . . . . . . . . . . . . .          3/10

WITNESS FOR THE STATE
RICKY BLACKBURN
        CROSS EXAMINATION BY MR. OLD . . . . .          3/10

RECESS . . . . . . . . . . . . . . . . . .         38/10

CHRONOLOGICAL INDEX                              PAGE/VOLUME

WITNESS FOR THE STATE
RICKY BLACKBURN
        REDIRECT EXAMINATION BY MR. TOWNSEND .      40/10
        RECROSS EXAMINATION BY MR. OLD . . . .      53/10

STATE RESTED ITS CASE ON MOTION  . . . . .          57/10

RECESS . . . . . . . . . . . . . . .                57/10

WITNESS FOR THE DEFENSE
BILLY JOE WARDLOW, the Defendant
        DIRECT EXAMINATION BY MR. HINSON . . .      58/10
        CROSS EXAMINATION BY MR. TOWNSEND  . .      71/10
        REDIRECT EXAMINATION BY MR. HINSON . .      77/10
        RECROSS EXAMINATION BY MR. TOWNSEND  .      80/10

DEFENSE RESTED ON MOTION TO SUPPRESS . . . .        81/10

STATE RESTED ON MOTION TO SUPPRESS . . . . .        81/10

COURT ADJOURNED  . . . . . . . . . . .              82/10

COURT REPORTER'S CERTIFICATE . . . . . . .          83/10

**VOLUME 11 (OCTOBER 24, 1994)**

APPEARANCES  . . . . . . . . . . . . . .             1/11

MORNING SESSION  . . . . . . . . . . . .             3/11

NOON RECESS  . . . . . . . . . . . . . .            21/11

AFTERNOON SESSION  . . . . . . . . . . .            21/11

POTENTIAL JUROR, TERRI D. LEE
        EXAMINATION BY MR. TOWNSEND  . . . . .      28/11
        EXAMINATION BY MR. OLD   . . . . . .        54/11

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .          77/11

DISCUSSION CONCLUDED . . . . . . . . . .            81/11

RECESS . . . . . . . . . . . . . . . .              90/11

POTENTIAL JUROR, MICHAEL CLARK PREDDY
        EXAMINATION BY MR. TOWNSEND  . . . . .      93/11
        EXAMINATION BY MR. OLD   . . . . . .       122/11

| CHRONOLOGICAL INDEX | PAGE/VOLUME |
|---|---|
| DISCUSSION HELD OUTSIDE THE PRESENCE AND HEARING OF THE POTENTIAL JUROR . . . . . . | 139/11 |
| DISCUSSION CONCLUDED . . . . . . . . . | 141/11 |
| POTENTIAL JUROR, NOLA JEAN LITTLES | |
|     EXAMINATION BY MR. TOWNSEND . . . . . | 142/11 |
| POTENTIAL JUROR, JESSIE ROY COX | |
|     EXAMINATION BY MR. TOWNSEND . . . . . | 150/11 |
|     EXAMINATION BY MR. OLD . . . . . . . | 176/11 |
| DISCUSSION HELD OUTSIDE THE PRESENCE AND HEARING OF THE POTENTIAL JUROR. . . . . . | 190/11 |
| DISCUSSION CONCLUDED . . . . . . . . . | 192/11 |
| DISCUSSION HELD OUTSIDE THE PRESENCE AND HEARING OF THE POTENTIAL JUROR . . . . . . | 202/11 |
| DISCUSSION CONCLUDED . . . . . . . . . | 204/11 |
| COURT ADJOURNED . . . . . . . . . . . | 206/11 |
| COURT REPORTER'S CERTIFICATE . . . . . . | 207/11 |
| **VOLUME 12 (OCTOBER 25, 1994)** | |
| APPEARANCES . . . . . . . . . . . . . | 1/12 |
| MORNING SESSION . . . . . . . . . . . | 3/12 |
| POTENTIAL JUROR, NOLA JEAN LITTLES, (CONTINUING) | |
|     EXAMINATION BY MR. TOWNSEND . . . . . | 6/12 |
|     EXAMINATION BY MR. OLD . . . . . . . | 15/12 |
| DISCUSSION HELD OUTSIDE THE PRESENCE AND HEARING OF THE POTENTIAL JUROR . . . . . . | 29/12 |
| RECESS . . . . . . . . . . . . . . . | 30/12 |
| POTENTIAL JUROR, FRED EARL BARKER | |
|     EXAMINATION BY MR. TOWNSEND . . . . . | 34/12 |
| DISCUSSION HELD OUTSIDE THE PRESENCE AND HEARING OF THE POTENTIAL JUROR . . . . . . | 56/12 |
| RECESS . . . . . . . . . . . . . . . | 57/12 |

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

DISCUSSION CONCLUDED. . . . . . . . . .          58/12

NOON RECESS . . . . . . . . . . . . .            59/12

AFTERNOON SESSION . . . . . . . . . . .          59/12

POTENTIAL JUROR, MARY NELL EDWARDS
      EXAMINATION BY MR. TOWNSEND . . . . .       63/12
      EXAMINATION BY MR. OLD  . . . . . .         88/12

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .        119/12

RECESS  . . . . . . . . . . . . . .              122/12

POTENTIAL JUROR, J.D. REYNOLDS
      EXAMINATION BY MR. TOWNSEND . . . . .      130/12

RECESS  . . . . . . . . . . . . . .              138/12

POTENTIAL JUROR, J.D. REYNOLDS, (CONTINUING)
      EXAMINATION BY MR. OLD  . . . . . . .      147/12

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .        178/12

DISCUSSION CONCLUDED  . . . . . . . . .          181/12

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .        187/12

COURT ADJOURNED . . . . . . . . . . .            188/12

COURT REPORTER'S CERTIFICATE  . . . . . .        189/12

VOLUME 13 (OCTOBER 26, 1994)

APPEARANCES . . . . . . . . . . . . .              1/13

MORNING SESSION . . . . . . . . . . .              3/13

POTENTIAL JUROR, LORI BETH HENRY
      EXAMINATION BY MR. TOWNSEND . . . . .        6/13

RECESS  . . . . . . . . . . . . . .               36/13

POTENTIAL JUROR, LORI BETH HENRY, (CONTINUING)
      EXAMINATION BY MR. OLD  . . . . . . .       37/13

CHRONOLOGICAL INDEX                          PAGE/VOLUME

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      59/13

DISCUSSION CONCLUDED  . . . . . . . . . . .       62/13

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      73/13

DISCUSSION CONCLUDED  . . . . . . . . . . .       79/13

POTENTIAL JUROR, LORI BETH HENRY, (CONTINUING)
      CONTINUING EXAMINATION BY MR. OLD . .      84/13

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      95/13

RECESS  . . . . . . . . . . . . . . . . .         97/13

DISCUSSION CONCLUDED  . . . . . . . . . . .       97/13

POTENTIAL JUROR, LORI BETH HENRY, (CONTINUING)
      CONTINUING EXAMINATION BY MR. OLD . .      99/13
      REDIRECT EXAMINATION BY MR. TOWNSEND      102/13

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .     104/13

COURT ADJOURNED . . . . . . . . . . . . .        107/13

COURT REPORTER'S CERTIFICATE. . . . . . . .      108/13

VOLUME 14 (OCTOBER 27, 1994)

APPEARANCES . . . . . . . . . . . . . . . .         1/14

MORNING SESSION . . . . . . . . . . . . . .         3/14

POTENTIAL JUROR, RONALD WAYNE BOOTH
      EXAMINATION BY MR. TOWNSEND . . . . .        15/14
      EXAMINATION BY MR. HINSON . . . . . .        38/14

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .        65/14

NOON RECESS . . . . . . . . . . . . . . . .        67/14

AFTERNOON SESSION . . . . . . . . . . . . .        67/14

CHRONOLOGICAL INDEX                         PAGE/VOLUME

POTENTIAL JUROR, BOBBY KEITH PEARSON
        EXAMINATION BY MR. LEE  . . . . . . .     70/14
        EXAMINATION BY MR. HINSON . . . . . .     96/14

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      126/14

DISCUSSION CONCLUDED  . . . . . . . . . .        139/14

POTENTIAL JUROR, BOBBY KEITH PEARSON, (CONTINUING)
        CONTINUING EXAMINATION BY MR. HINSON      143/14

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      144/14

DISCUSSION CONCLUDED  . . . . . . . . . .        147/14

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      154/14

RECESS  . . . . . . . . . . . . . . . .          156/14

POTENTIAL JUROR, ALTON DEAN ALEXANDER
        EXAMINATION BY MR. LEE  . . . . . . .     159/14
        EXAMINATION BY MR. OLD  . . . . . . .     179/14

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      216/14

DISCUSSION CONCLUDED  . . . . . . . . . .        221/14

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      229/14

DISCUSSION CONCLUDED  . . . . . . . . . .        229/14

POTENTIAL JUROR, DANIEL RAY SMYTH . . . . .      230/14

COURT ADJOURNED . . . . . . . . . . . . .        236/14

COURT REPORTER'S CERTIFICATE  . . . . . . .      237/14

VOLUME 15 (OCTOBER 31, 1994)

APPEARANCES . . . . . . . . . . . . . . .          1/15

MORNING SESSION . . . . . . . . . . . . .           3/15

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

WITNESS SWORN . . . . . . . . . . . . .              5/15

WITNESS
LEO SCHAKEL, the Bailiff
        EXAMINATION BY THE COURT  . . . . . .        5/15

POTENTIAL JUROR, GLENDA SUE MORRIS
        EXAMINATION BY MR. TOWNSEND . . . . .        12/15
        EXAMINATION BY MR. OLD  . . . . . . .        38/15

RECESS  . . . . . . . . . . . . . . . .              76/15

POTENTIAL JUROR, KENNETH WAYNE REESE
        EXAMINATION BY MR. LEE  . . . . . . .        79/15
        EXAMINATION BY MR. HINSON . . . . . .        103/15

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .            136/15

COURT ADJOURNED . . . . . . . . . . . .              142/15

COURT REPORTER'S CERTIFICATE  . . . . . .            143/15

VOLUME 16 (NOVEMBER 1, 1994)

APPEARANCES . . . . . . . . . . . . . .              1/16

MORNING SESSION . . . . . . . . . . . .              3/16

POTENTIAL JUROR, ROBERT DOUGLAS SEALE
        EXAMINATION BY MR. TOWNSEND . . . . .        9/16
        EXAMINATION BY MR. OLD  . . . . . . .        36/16

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .            74/16

RECESS  . . . . . . . . . . . . . . . .              74/16

POTENTIAL JUROR, ROBERT DAVID COOK
        EXAMINATION BY MR. TOWNSEND . . . . .        78/16

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .            84/16

RECESS  . . . . . . . . . . . . . . . .              85/16

POTENTIAL JUROR, SHEILA WHITNEY ELLIS
        EXAMINATION BY MR. TOWNSEND . . . . .        88/16

CHRONOLOGICAL INDEX                          PAGE/VOLUME

NOON RECESS . . . . . . . . . . . . . . .        90/16

AFTERNOON SESSION . . . . . . . . . . . .         90/16

POTENTIAL JUROR, CYNTHIA LYNN McGATLIN
        EXAMINATION BY MR. TOWNSEND . . . . .       93/16

RECESS  . . . . . . . . . . . . . . . .         124/16

POTENTIAL JUROR, CYNTHIA LYNN McGATLIN, (CONTINUING)
        EXAMINATION BY MR. OLD  . . . . . . .       124/16

RECESS  . . . . . . . . . . . . . . . .         138/16

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       167/16

RECESS  . . . . . . . . . . . . . . . .         168/16

POTENTIAL JUROR, NOLA JEAN LITTLES, (RECALLED)
        DISCUSSION BY COURT . . . . . . . . .       169/16

POTENTIAL JUROR, MARY NELL EDWARDS, (RECALLED)
        DISCUSSION BY COURT . . . . . . . . .       172/16

POTENTIAL JUROR, LORI BETH HENRY, (RECALLED)
        DISCUSSION BY COURT . . . . . . . . .       175/16

RECESS  . . . . . . . . . . . . . . . .         178/16

COURT ADJOURNED . . . . . . . . . . . . .        179/16

COURT REPORTER'S CERTIFICATE  . . . . . . .       180/16

VOLUME 17 (NOVEMBER 2, 1994)

APPEARANCES . . . . . . . . . . . . . . .           1/17

MORNING SESSION . . . . . . . . . . . . .           3/17

POTENTIAL JUROR, TERRY D. LEE, (RECALLED)
        DISCUSSION BY COURT . . . . . . . . .         3/17

POTENTIAL JUROR, BOBBY WAYNE TOSH
        EXAMINATION BY MR. LEE  . . . . . . .         9/17

RECESS  . . . . . . . . . . . . . . . .          28/17

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

POTENTIAL JUROR, GREGORY SCOTT HAMMONDS
        EXAMINATION BY MR. TOWNSEND . . . . .      32/17

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         54/17

DISCUSSION CONCLUDED . . . . . . . . . .           60/17

POTENTIAL JUROR, GREGORY SCOTT HAMMONDS, (CONTINUING)
        CONTINUING EXAMINATION BY MR. TOWNSEND     60/17
        EXAMINATION BY MR. OLD . . . . . . .       64/17

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         72/17

RECESS . . . . . . . . . . . . .                   76/17

POTENTIAL JUROR, REAGAN LEE EAVES
        EXAMINATION BY MR. LEE . . . . . . .       79/17
        EXAMINATION BY MR. HINSON . . . . . .      98/17

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         121/17

NOON RECESS . . . . . . . . . . . . .              122/17

AFTERNOON SESSION . . . . . . . . . . .            122/17

POTENTIAL JUROR, LaWYANDA JOYCE PRINCE
        EXAMINATION BY MR. TOWNSEND . . . . .      125/17
        EXAMINATION BY MR. OLD . . . . . . .       147/17

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         166/17

DISCUSSION CONCLUDED . . . . . . . . . .           167/17

RECESS . . . . . . . . . . . . .                   168/17

POTENTIAL JUROR, JANELL ANN SMITH
        EXAMINATION BY MR. LEE . . . . . . .       173/17

COURT ADJOURNED . . . . . . . . . . . .            201/17

COURT REPORTER'S CERTIFICATE . . . . . . .         202/17

CHRONOLOGICAL INDEX                          PAGE/VOLUME

**VOLUME 18 (NOVEMBER 3, 1994)**

APPEARANCES . . . . . . . . . . . . . . .          1/18

MORNING SESSION . . . . . . . . . . . .          3/18

POTENTIAL JUROR, MARSHALL NOLAN COUNTS
        EXAMINATION BY MR. TOWNSEND . . . . .          6/18
        EXAMINATION BY MR. OLD  . . . . . . .         39/18

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .         78/18

NOON RECESS . . . . . . . . . . . . . .         79/18

AFTERNOON SESSION . . . . . . . . . . . .         79/18

OUT OF THE PRESENCE AND HEARING OF ANY
POTENTIAL JURORS  . . . . . . . . . . .         80/18

JURY QUALIFICATIONS . . . . . . . . . . .         81/18

COURT ADJOURNED . . . . . . . . . . . .         90/18

COURT REPORTER'S CERTIFICATE  . . . . . .         91/18

**VOLUME 19 (NOVEMBER 14, 1994)**

APPEARANCES . . . . . . . . . . . . . .          1/19

MORNING SESSION . . . . . . . . . . . .          3/19

POTENTIAL JUROR, NELL COMBS OWSLEY
        EXAMINATION BY MR. TOWNSEND . . . . .          9/19

NOON RECESS . . . . . . . . . . . . . .         47/19

AFTERNOON SESSION . . . . . . . . . . . .         47/19

POTENTIAL JUROR, NELL COMBS OWSLEY, (CONTINUING)
        EXAMINATION BY MR. OLD . . . . . . .         47/19

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .         54/19

DISCUSSION CONCLUDED  . . . . . . . . . .         54/19

CHRONOLOGICAL INDEX                          PAGE/VOLUME

POTENTIAL JUROR, NELL COMBS OWSLEY, (CONTINUING)
        CONTINUING EXAMINATION BY MR. OLD . .        63/19

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .           87/19

RECESS . . . . . . . . . . . . . . . .               88/19

COURT ADJOURNED . . . . . . . . . . . .              89/19

COURT REPORTER'S CERTIFICATE . . . . . . .           90/19

VOLUME 20 (NOVEMBER 15, 1994)

APPEARANCES . . . . . . . . . . . . . .               1/20

MORNING SESSION . . . . . . . . . . . .               3/20

POTENTIAL JUROR, PATRICIA ANN ISBELL
        EXAMINATION BY MR. TOWNSEND . . . . .         8/20

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .           12/20

RECESS . . . . . . . . . . . . . . . .               13/20

POTENTIAL JUROR, TERESA DIANE COKE
        EXAMINATION BY MR. TOWNSEND . . . . .        18/20

RECESS . . . . . . . . . . . . . . . .               53/20

POTENTIAL JUROR, TERESA DIANE COKE, (CONTINUING)
        EXAMINATION BY MR. OLD . . . . . . .         54/20

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .           81/20

DISCUSSION CONCLUDED . . . . . . . . . .             83/20

NOON RECESS . . . . . . . . . . . . . .              91/20

AFTERNOON SESSION . . . . . . . . . . . .            91/20

POTENTIAL JUROR, BETTY JOYCE HOLLINGSWORTH
        EXAMINATION BY MR. TOWNSEND . . . . .        97/20

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .          129/20

CHRONOLOGICAL INDEX                          PAGE/VOLUME

RECESS  . . . . . . . . . . . . . . . . .        129/20

POTENTIAL JUROR, JAMES SETH THURMAN
        EXAMINATION BY MR. TOWNSEND . . . . .     135/20
        EXAMINATION BY MR. OLD  . . . . . . .     164/20

COURT ADJOURNED . . . . . . . . . . . . .         192/20

COURT REPORTER'S CERTIFICATE  . . . . . . .       193/20

VOLUME 21 (NOVEMBER 16, 1994)

APPEARANCES . . . . . . . . . . . . . . .           1/21

MORNING SESSION . . . . . . . . . . . . .           3/21

POTENTIAL JUROR, CARL EUGENE SMITH
        EXAMINATION BY MR. TOWNSEND . . . . .      10/21

RECESS  . . . . . . . . . . . . . . . . .          43/21

POTENTIAL JUROR, CARL EUGENE SMITH, (CONTINUING)
        EXAMINATION BY MR. HINSON . . . . . .      44/21

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .        77/21

DISCUSSION CONCLUDED  . . . . . . . . . .          81/21

NOON RECESS . . . . . . . . . . . . . . .          86/21

AFTERNOON SESSION . . . . . . . . . . . .          86/21

POTENTIAL JUROR, RICHARD DEAN WILTSE
        EXAMINATION BY MR. TOWNSEND . . . . .      91/21

RECESS  . . . . . . . . . . . . . . . . .         126/21

POTENTIAL JUROR, RICHARD DEAN WILTSE, (CONTINUING)
        EXAMINATION BY MR. OLD  . . . . . . .     127/21

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       163/21

RECESS  . . . . . . . . . . . . . . . . .         164/21

POTENTIAL JUROR, BOBBY DWAYNE MOORE . . . .       164/21

1  CHRONOLOGICAL INDEX                          PAGE/VOLUME

2  COURT ADJOURNED . . . . . . . . . . . . .        172/21

3  COURT REPORTER'S CERTIFICATE  . . . . . .        173/21

4  **VOLUME 22 (NOVEMBER 17, 1994)**

5  APPEARANCES . . . . . . . . . . . . . . .           1/22

6  MORNING SESSION . . . . . . . . . . . . .           3/22

7  POTENTIAL JUROR, WANDA B. SCHINDLEY
           EXAMINATION BY MR. TOWNSEND . . . .          9/22
8
   RECESS  . . . . . . . . . . . . . . . . .          44/22
9
   POTENTIAL JUROR, WANDA B. SCHINDLEY, (CONTINUING)
10          EXAMINATION BY MR. OLD  . . . . . .         45/22

11 DISCUSSION HELD OUTSIDE THE PRESENCE AND
   HEARING OF THE POTENTIAL JUROR  . . . . .          67/22
12
   DISCUSSION CONCLUDED  . . . . . . . . . .          70/22
13
   POTENTIAL JUROR, WANDA B. SCHINDLEY, (CONTINUING)
14          CONTINUING EXAMINATION BY MR. OLD . .       70/22

15 DISCUSSION HELD OUTSIDE THE PRESENCE AND
   HEARING OF THE POTENTIAL JUROR  . . . . .          87/22
16
   DISCUSSION CONCLUDED  . . . . . . . . . .          91/22
17
   DISCUSSION HELD OUTSIDE THE PRESENCE AND
18 HEARING OF THE POTENTIAL JUROR  . . . . .          92/22

19 RECESS  . . . . . . . . . . . . . . . . .          93/22

20 POTENTIAL JUROR, DONNA MAE NEWMAN . . . . .        93/22

21 NOON RECESS . . . . . . . . . . . . . . .          99/22

22 AFTERNOON SESSION . . . . . . . . . . . .          99/22

23 POTENTIAL JUROR, DANNY JAKE PURDON
           EXAMINATION BY MR. TOWNSEND . . . . .       105/22
24
   DISCUSSION HELD OUTSIDE THE PRESENCE AND
25 HEARING OF THE POTENTIAL JUROR  . . . . .          138/22

CHRONOLOGICAL INDEX                          PAGE/VOLUME

RECESS  . . . . . . . . . . . . . . . .      138/22

DISCUSSION CONCLUDED  . . . . . . . . .      138/22

POTENTIAL JUROR, DANNY JAKE PURDON, (CONTINUING)
        EXAMINATION BY MR. OLD  . . . . . .  139/22
        CONTINUING EXAMINATION BY MR. OLD . .  147/22

RECESS  . . . . . . . . . . . . . . . .      157/22

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .    157/22

OUT OF THE PRESENCE AND HEARING
OF MR. TOWNSEND . . . . . . . . . . . .      158/22

IN THE PRESENCE AND HEARING
OF MR. TOWNSEND . . . . . . . . . . . .      163/22

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .    164/22

COURT ADJOURNED . . . . . . . . . . . .      169/22

COURT REPORTER'S CERTIFICATE  . . . . . .    170/22

VOLUME 23 (NOVEMBER 28, 1994)

APPEARANCES . . . . . . . . . . . . . .        1/23

MORNING SESSION . . . . . . . . . . . .        3/23

POTENTIAL JUROR, LARRY D. WARD  . . . . .       3/23

RECESS  . . . . . . . . . . . . . . . .         7/23

POTENTIAL JUROR, PAUL EDWARD SPRAGLIN
        EXAMINATION BY MR. TOWNSEND . . . . .   14/23

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . .       28/23

DISCUSSION CONCLUDED  . . . . . . . . .         28/23

POTENTIAL JUROR, PAUL EDWARD SPRAGLIN, (CONTINUING)
        EXAMINATION BY MR. OLD  . . . . . . .   32/23

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .        36/23

NOON RECESS . . . . . . . . . . . . . .            37/23

AFTERNOON SESSION . . . . . . . . . . . .          37/23

POTENTIAL JUROR, ROBERT WAYNE BAKER . . . .        37/23

POTENTIAL JUROR, MIKAL D. AMICK
        EXAMINATION BY MR. LEE . . . . . . .       51/23
        EXAMINATION BY MR. OLD . . . . . . .       72/23

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         99/23

RECESS . . . . . . . . . . . . . . . .            100/23

POTENTIAL JUROR, STEVEN H. STOVALL
        EXAMINATION BY MR. LEE . . . . . . .      105/23
        EXAMINATION BY MR. HINSON . . . . . .     128/23

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .        152/23

COURT ADJOURNED . . . . . . . . . . . . .         160/23

COURT REPORTER'S CERTIFICATE . . . . . . .        161/23

VOLUME 24 (NOVEMBER 29, 1994)

APPEARANCES . . . . . . . . . . . . . . .           1/24

MORNING SESSION . . . . . . . . . . . . .           3/24

POTENTIAL JUROR, TERESA ANN PRICE
        EXAMINATION BY MR. TOWNSEND . . . . .       7/24

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         29/24

RECESS . . . . . . . . . . . . . . . .             30/24

POTENTIAL JUROR, RAYMOND T. FORTNER
        EXAMINATION BY MR. TOWNSEND . . . . .      38/24
        EXAMINATION BY MR. OLD . . . . . . .       70/24

CHRONOLOGICAL INDEX                          PAGE/VOLUME

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .     102/24

POTENTIAL JUROR, CORA ELLEN CAFFEE
        EXAMINATION BY MR. TOWNSEND .  .  .  .  .     109/24
        EXAMINATION BY MR. OLD  .  .  .  .  .  .  .   140/24

NOON RECESS .  .  .  .  .  .  .  .  .  .  .  .  .  .   140/24

AFTERNOON SESSION .  .  .  .  .  .  .  .  .  .  .  .   140/24

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .     165/24

DISCUSSION CONCLUDED  .  .  .  .  .  .  .  .  .  .    168/24

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .    175/24

POTENTIAL JUROR, LENDA MAE ELROD
        EXAMINATION BY MR. TOWNSEND .  .  .  .  .     182/24

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .    208/24

POTENTIAL JUROR, JERRY MAX MARTIN .  .  .  .  .       208/24

POTENTIAL JUROR, LENDA MAE ELROD, (RECALLED)
        EXAMINATION BY MR. OLD  .  .  .  .  .  .  .   216/24

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .     246/24

COURT ADJOURNED .  .  .  .  .  .  .  .  .  .  .  .    248/24

COURT REPORTER'S CERTIFICATE  .  .  .  .  .  .  .    249/24

VOLUME 25 (NOVEMBER 30, 1994)

APPEARANCES .  .  .  .  .  .  .  .  .  .  .  .  .  .     1/25

MORNING SESSION .  .  .  .  .  .  .  .  .  .  .  .      3/25

POTENTIAL JUROR, DON WALLACE REED
        EXAMINATION BY MR. TOWNSEND .  .  .  .  .       8/25
        EXAMINATION BY MR. OLD  .  .  .  .  .  .  .    40/25

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .      65/25

CHRONOLOGICAL INDEX                              PAGE/VOLUME

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .         66/25

POTENTIAL JUROR, ROBERTA NADINE SCHALLER
        EXAMINATION BY MR. TOWNSEND .  .  .  .  .         71/25

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .        101/25

POTENTIAL JUROR, BILLY J. VICKERS  .  .  .  .  .        102/25

NOON RECESS .  .  .  .  .  .  .  .  .  .  .  .  .  .        108/25

AFTERNOON SESSION .  .  .  .  .  .  .  .  .  .  .  .        109/25

POTENTIAL JUROR, ROBERTA NADINE SCHALLER,  (RECALLED)
        EXAMINATION BY MR. OLD  .  .  .  .  .  .  .        109/25

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .        138/25

DISCUSSION CONCLUDED  .  .  .  .  .  .  .  .  .  .        140/25

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .        151/25

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .        152/25

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .        152/25

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .        153/25

POTENTIAL JUROR, BRYAN KEITH BRADDOCK .  .  .        154/25

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .        158/25

POTENTIAL JUROR, RUBY NELL ROGERS
        EXAMINATION BY MR. TOWNSEND .  .  .  .  .        162/25

RECESS  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .        191/25

POTENTIAL JUROR, RUBY NELL ROGERS,  (CONTINUING)
        EXAMINATION BY MR. OLD  .  .  .  .  .  .  .        192/25

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  .  .  .  .  .  .        200/25

DISCUSSION CONCLUDED  .  .  .  .  .  .  .  .  .  .        204/25

CHRONOLOGICAL INDEX                            PAGE/VOLUME

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      227/25

COURT ADJOURNED . . . . . . . . . . . . . .      228/25

COURT REPORTER'S CERTIFICATE  . . . . . . .      229/25

VOLUME 26 (DECEMBER 1, 1994)

APPEARANCES . . . . . . . . . . . . . . . .        1/26

MORNING SESSION . . . . . . . . . . . . . .        3/26

POTENTIAL JUROR, MICHAEL R. THOMPSON
       EXAMINATION BY MR. TOWNSEND . . . . .       9/26
       EXAMINATION BY MR. OLD  . . . . . . .      44/26

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       65/26

RECESS  . . . . . . . . . . . . . . . . . .       66/26

POTENTIAL JUROR, BILLY PAUL WRIGHT  . . . .       67/26

NOON RECESS . . . . . . . . . . . . . . . .       72/26

AFTERNOON SESSION . . . . . . . . . . . . .       72/26

POTENTIAL JUROR, ROBERT RAY PERRYMAN
       EXAMINATION BY MR. TOWNSEND . . . . .      78/26

RECESS  . . . . . . . . . . . . . . . . . .      107/26

POTENTIAL JUROR, ROBERT RAY PERRYMAN, (CONTINUING)
       EXAMINATION BY MR. OLD  . . . . . . .     108/26

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      125/26

DISCUSSION CONCLUDED  . . . . . . . . . . .      126/26

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      132/26

POTENTIAL JUROR, FRANKLIN C. SARGENT  . . .      134/26

COURT ADJOURNED . . . . . . . . . . . . . .      145/26

1

CHRONOLOGICAL INDEX                          PAGE/VOLUME

2

COURT REPORTER'S CERTIFICATE  . . . . . . .      146/26

3

VOLUME 27 (DECEMBER 2, 1994)

4

APPEARANCES . . . . . . . . . . . . . . . .       1/27

5

MORNING SESSION . . . . . . . . . . . . .         3/27

6

POTENTIAL JUROR, BRYAN KEITH BRADDOCK, (RECALLED)  9/27

7

POTENTIAL JUROR, LELLON DEAN McGREGOR
        EXAMINATION BY MR. TOWNSEND . . . . .      18/27

8

RECESS  . . . . . . . . . . . . . . . .           55/27

9

POTENTIAL JUROR, LELLON DEAN McGREGOR, (CONTINUING)

10

        EXAMINATION BY MR. OLD  . . . . . . .      57/27

11

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       63/27

12

RECESS  . . . . . . . . . . . . . . . . . .       64/27

13

POTENTIAL JUROR, RUSSELL LEE MADDEN . . . .       64/27

14

RECESS  . . . . . . . . . . . . . . . . . .       71/27

15

JURY QUALIFICATIONS . . . . . . . . . . .         71/27

16

COURT ADJOURNED . . . . . . . . . . . . .         74/27

17

COURT REPORTER'S CERTIFICATE  . . . . . . .       75/27

18

VOLUME 28 (DECEMBER 28, 1994)

19

APPEARANCES . . . . . . . . . . . . . . .         1/28

20

MORNING SESSION . . . . . . . . . . . . .         3/28

21

POTENTIAL JUROR, WILLIAM ZACK GLOVER

22

        EXAMINATION BY MR. TOWNSEND . . . . .       8/28

23

RECESS  . . . . . . . . . . . . . . . . . .       37/28

24

POTENTIAL JUROR, WILLIAM ZACK GLOVER, (CONTINUING)
        EXAMINATION BY MR. OLD  . . . . . . .      38/28

25

CHRONOLOGICAL INDEX                          PAGE/VOLUME

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .        73/28

RECESS  . . . . . . . . . . . . . . . . . .        74/28

POTENTIAL JUROR, BILLY JACK THOMPSON
     EXAMINATION BY MR. LEE  . . . . . . .         80/28

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       102/28

NOON RECESS . . . . . . . . . . . . . . . .       103/28

AFTERNOON SESSION . . . . . . . . . . . . .       103/28

POTENTIAL JUROR, LINDA ANN COLLINS
     EXAMINATION BY MR. TOWNSEND . . . . .        108/28

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       122/28

RECESS  . . . . . . . . . . . . . . . . . .       125/28

POTENTIAL JUROR, GLENN DEAN TOMLINSON
     EXAMINATION BY MR. LEE  . . . . . . .        130/28

RECESS  . . . . . . . . . . . . . . . . . .       158/28

POTENTIAL JUROR, GLENN DEAN TOMLINSON, (CONTINUING)
     EXAMINATION BY MR. OLD  . . . . . . .        159/28

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       192/28

RECESS  . . . . . . . . . . . . . . . . . .       194/28

POTENTIAL JUROR, REBECCA CLAIRE TATMAN
     EXAMINATION BY MR. TOWNSEND . . . . .        199/28

RECESS  . . . . . . . . . . . . . . . . . .       228/28

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       228/28

DISCUSSION CONCLUDED  . . . . . . . . . . .       228/28

POTENTIAL JUROR, REBECCA CLAIRE TATMAN, (CONTINUING)
     EXAMINATION BY MR. OLD  . . . . . . .        229/28

CHRONOLOGICAL INDEX                              PAGE/VOLUME

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      239/28

DISCUSSION CONCLUDED  . . . . . . . . . .        240/28

POTENTIAL JUROR, REBECCA CLAIRE TATMAN, (CONTINUING)
      CONTINUING EXAMINATION BY MR. OLD . .      242/28

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      243/28

COURT ADJOURNED . . . . . . . . . . . . .        245/28

COURT REPORTER'S CERTIFICATE  . . . . . .        246/28

**VOLUME 29 (JANUARY 4, 1995)**

APPEARANCES . . . . . . . . . . . . . . .          1/29

MORNING SESSION . . . . . . . . . . . . .          3/29

POTENTIAL JUROR, SUZANNE CHARLTON
      EXAMINATION BY MR. TOWNSEND . . . . .       13/29

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .       20/29

POTENTIAL JUROR, SUZANNE CHARLTON, (CONTINUING)
      EXAMINATION BY MR. OLD  . . . . . . .       22/29

POTENTIAL JUROR, SARAH FRANCES NUGENT . . .       26/29

NOON RECESS . . . . . . . . . . . . . . .         36/29

AFTERNOON SESSION . . . . . . . . . . . .         36/29

POTENTIAL JUROR, JOE STEVEN SHIRLEY
      EXAMINATION BY MR. TOWNSEND . . . . .       42/29

RECESS  . . . . . . . . . . . . . . . . .         78/29

POTENTIAL JUROR, JOE STEVEN SHIRLEY, (CONTINUING)
      EXAMINATION BY MR. OLD  . . . . . . .       79/29

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .      119/29

RECESS  . . . . . . . . . . . . . . . . .        120/29

CHRONOLOGICAL INDEX                              PAGE/VOLUME

POTENTIAL JUROR, EDDIE D. WILLIAMS  . . . .        127/29

COURT ADJOURNED . . . . . . . . . . . . . .        127/29

COURT REPORTER'S CERTIFICATE  . . . . . . .        128/29

VOLUME 30 (JANUARY 5, 1995)

APPEARANCES . . . . . . . . . . . . . . . .          1/30

MORNING SESSION . . . . . . . . . . . . . .          3/30

POTENTIAL JUROR, KENNETH WAYNE McNUTT
        EXAMINATION BY MR. TOWNSEND . . . .          9/30

RECESS  . . . . . . . . . . . . . . . . . .         41/30

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .         41/30

DISCUSSION CONCLUDED  . . . . . . . . . . .         42/30

POTENTIAL JUROR, KENNETH WAYNE McNUTT, (CONTINUING)
        EXAMINATION BY MR. HINSON . . . . . .        45/30

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .         74/30

RECESS  . . . . . . . . . . . . . . . . . .         75/30

POTENTIAL JUROR, JESSIE RAGSDALE
        EXAMINATION BY MR. LEE  . . . . . . .        82/30
        CONTINUING EXAMINATION BY MR. LEE . .       109/30

NOON RECESS . . . . . . . . . . . . . . . .        111/30

AFTERNOON SESSION . . . . . . . . . . . . .        111/30

POTENTIAL JUROR, JAMES EVERETT McGREGOR . .        111/30

POTENTIAL JUROR, JESSIE RAGSDALE, (RECALLED)
        EXAMINATION BY MR. OLD  . . . . . . .       116/30

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR  . . . . . .        129/30

DISCUSSION CONCLUDED . . . . . . . . . . . .       131/30

CHRONOLOGICAL INDEX                              PAGE/VOLUME

POTENTIAL JUROR, JESSIE RAGSDALE, (CONTINUING)
    CONTINUING EXAMINATION BY MR. OLD . .        139/30

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .        158/30

RECESS . . . . . . . . . . . . . . . . .          160/30

POTENTIAL JUROR, LANNY DWANE FREEMAN
    EXAMINATION BY MR. TOWNSEND . . . . .        165/30
    EXAMINATION BY MR. OLD . . . . . . .         192/30

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .        216/30

COURT ADJOURNED . . . . . . . . . . . . .         217/30

COURT REPORTER'S CERTIFICATE . . . . . . .        218/30

VOLUME 31 (JANUARY 9, 1995)

APPEARANCES . . . . . . . . . . . . . . .           1/21

MORNING SESSION . . . . . . . . . . . . .           3/31

POTENTIAL JUROR, JAMES EDWARD PITTS . . . .         3/31

RECESS . . . . . . . . . . . . . . . . .            6/31

POTENTIAL JUROR, JACKIE LEE CAMPBELL
    EXAMINATION BY MR. TOWNSEND . . . . .         15/31

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .         44/31

NOON RECESS . . . . . . . . . . . . . . .          45/31

AFTERNOON SESSION . . . . . . . . . . . .          45/31

OUT OF THE PRESENCE AND HEARING OF ANY
POTENTIAL JURORS . . . . . . . . . . . .           45/31

JURY QUALIFICATIONS . . . . . . . . . . .          46/31

RECESS . . . . . . . . . . . . . . . . .           53/31

CHRONOLOGICAL INDEX          PAGE/VOLUME

IN THE PRESENCE AND HEARING OF
POTENTIAL JUROR, JIM R. HEAVNER AND
POTENTIAL JUROR, JUDITH ANN HUDGINS . . . .    55/31

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF ANY POTENTIAL JUROR . . . . . .    58/31

COURT ADJOURNED . . . . . . . . . . . . . .    59/31

COURT REPORTER'S CERTIFICATE . . . . . . .    60/31

**VOLUME 32 (JANUARY 10, 1995)**

APPEARANCES . . . . . . . . . . . . . . .    1/32

MORNING SESSION . . . . . . . . . . . . .    3/32

OUT OF THE PRESENCE AND HEARING OF ANY
POTENTIAL JURORS . . . . . . . . . . . .    3/32

JURY BROUGHT IN . . . . . . . . . . . . .    6/32

RECESS . . . . . . . . . . . . . . . . .    11/32

OUT OF THE PRESENCE AND HEARING OF THE JURY    11/32

RECESS . . . . . . . . . . . . . . . . .    15/32

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF ANY POTENTIAL JUROR . . . . . .    16/32

POTENTIAL JUROR, KENNETH WAYNE BLACK
     EXAMINATION BY MR. TOWNSEND . . . . .    21/32

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .    26/32

DISCUSSION CONCLUDED . . . . . . . . . . .    27/32

POTENTIAL JUROR, KENNETH WAYNE BLACK, (CONTINUING)
     CONTINUING EXAMINATION BY MR. TOWNSEND    29/32

RECESS . . . . . . . . . . . . . . . . .    49/32

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .    49/32

## CHRONOLOGICAL INDEX          PAGE/VOLUME

POTENTIAL JUROR, KENNETH WAYNE BLACK, (CONTINUING)
          EXAMINATION BY MR. OLD . . . . . . .          50/32

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF THE POTENTIAL JUROR . . . . . .          72/32

RECESS . . . . . . . . . . . . . . . .          76/32

IN THE PRESENCE AND HEARING OF
POTENTIAL JUROR, JIM R. HEAVNER AND
POTENTIAL JUROR, WILLIAM H. ONLEY . . . . .          76/32

DISCUSSION HELD OUTSIDE THE PRESENCE AND
HEARING OF ANY POTENTIAL JUROR . . . . . .          110/32

ALTERNATE QUALIFICATIONS . . . . . . . .          113/32

COURT ADJOURNED . . . . . . . . . . . .          115/32

COURT REPORTER'S CERTIFICATE . . . . . .          116/32

VOLUME 33 (JANUARY 31, 1995)

APPEARANCES . . . . . . . . . . . . .          1/33

MORNING SESSION . . . . . . . . . . . .          3/33

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .          3/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .          6/33

RULE INVOKED . . . . . . . . . . . . .          7/33

WITNESSES SWORN . . . . . . . . . . . .          9/33

WITNESSES SWORN . . . . . . . . . . . .          13/33

STATE'S CASE IN CHIEF . . . . . . . . . .          15/33

WITNESS FOR THE STATE
VERNON COPE
(OUTSIDE THE PRESENCE OF THE JURY)
          DIRECT EXAMINATION BY MR. TOWNSEND . .          15/33
          CROSS EXAMINATION BY MR. OLD . . . . .          28/33
          REDIRECT EXAMINATION BY MR. TOWNSEND .          44/33

<u>CHRONOLOGICAL INDEX</u>                          PAGE/VOLUME

WITNESS FOR THE STATE
<u>CLAUDINE STANLEY</u>
(OUTSIDE THE PRESENCE OF THE JURY)
    DIRECT EXAMINATION BY MR. TOWNSEND . .        47/33
    CROSS EXAMINATION BY MR. OLD . . . . .        53/33
    REDIRECT EXAMINATION BY MR. TOWNSEND .        56/33
    RECROSS EXAMINATION BY MR. OLD . . . .        57/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .       59/33

RECESS  . . . . . . . . . . . . . . . . . .        61/33

RECESS FOR LUNCH . . . . . . . . . . . . .         62/33

AFTERNOON SESSION . . . . . . . . . . . . .        62/33

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        62/33

WITNESS SWORN . . . . . . . . . . . . . . .        65/33

JURY IS SEATED IN THE JURY BOX  . . . . . .        66/33

JURY SWORN  . . . . . . . . . . . . . . . .        68/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     84/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     85/33

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        85/33

JURY IS SEATED IN THE JURY BOX  . . . . . .        86/33

WITNESS FOR THE STATE
<u>CHARLES COLE</u>
    DIRECT EXAMINATION BY MR. TOWNSEND . .         90/33
    CROSS EXAMINATION BY MR. OLD . . . . .        105/33

RECESS  . . . . . . . . . . . . . . . . . .       109/33

WITNESS FOR THE STATE
<u>RICKY BLACKBURN</u>
    DIRECT EXAMINATION BY MR. TOWNSEND . .        111/33
    CROSS EXAMINATION BY MR. HINSON  . . .        131/33

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    138/33

WITNESS SWORN . . . . . . . . . . . . . .          139/33

WITNESS FOR THE STATE
JEFFREY J. BARNARD, M.D.
      DIRECT EXAMINATION BY MR. TOWNSEND . .        139/33
      CROSS EXAMINATION BY MR. OLD . . . . .        153/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    157/33

JURY IS RELEASED FOR THE DAY . . . . . . .          158/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .         167/33

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .         167/33

COURT ADJOURNED FOR THE DAY . . . . . . .           168/33

COURT REPORTER'S CERTIFICATE. . . . . . .           169/33

VOLUME 34 (FEBRUARY 1, 1995)

APPEARANCES . . . . . . . . . . . . . .             171/34

MORNING SESSION . . . . . . . . . . . . .           173/34

JURY IS SEATED IN THE JURY BOX . . . . . .          174/34

WITNESS FOR THE STATE
BILL BARNARD
      DIRECT EXAMINATION BY MR. TOWNSEND . .        175/34
      VOIR DIRE EXAMINATION BY MR. OLD . . .        187/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    191/34

WITNESS FOR THE STATE
BILL BARNARD (CONTINUING)
      DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)   193/34
      VOIR DIRE EXAMINATION BY MR. OLD . . .        194/34
      DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)   199/34
      CROSS EXAMINATION BY MR. OLD . . . . .        199/34

## CHRONOLOGICAL INDEX                    PAGE/VOLUME

BILL BARNARD (CONTINUING)
    REDIRECT EXAMINATION BY MR. TOWNSEND .    212/34
    RECROSS EXAMINATION BY MR. OLD . . . .    213/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    214/34

RECESS  . . . . . . . . . . . . . . . .    214/34

WITNESS FOR THE STATE
BILLY DODD
    DIRECT EXAMINATION BY MR. TOWNSEND . .    215/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    228/34

WITNESS FOR THE STATE
BILLY DODD (CONTINUING)
    CROSS EXAMINATION BY MR. OLD . . . . .    231/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    245/34

WITNESS SWORN . . . . . . . . . . . . .    245/34

WITNESS FOR THE STATE
WILL EMERY
    DIRECT EXAMINATION BY MR. TOWNSEND . .    246/34
    CROSS EXAMINATION BY MR. OLD . . . . .    258/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    262/34

WITNESS FOR THE STATE
DOROTHY SMITH
    DIRECT EXAMINATION BY MR. TOWNSEND . .    263/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    270/34

WITNESS FOR THE STATE
DOROTHY SMITH (CONTINUING)
    VOIR DIRE EXAMINATION BY MR. OLD . . .    271/34
    DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)    277/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    277/34

CHRONOLOGICAL INDEX

| | PAGE/VOLUME |
|---|---|
| RECESS FOR LUNCH . . . . . . . . . . . . | 279/34 |
| AFTERNOON SESSION . . . . . . . . . . . . | 279/34 |
| PROCEEDINGS HELD OUTSIDE PRESENCE AND HEARING OF THE JURY . . . . . . . . . | 279/34 |
| A WITNESS SWORN . . . . . . . . . . . . . | 285/34 |
| JURY IS SEATED IN THE JURY BOX . . . . . | 286/34 |
| WITNESS FOR THE STATE DOROTHY SMITH (CONTINUING) | |
| CROSS EXAMINATION BY MR. OLD . . . . | 287/34 |
| REDIRECT EXAMINATION BY MR. TOWNSEND . | 319/34 |
| RECROSS EXAMINATION BY MR. OLD . . . . | 329/34 |
| OFF THE RECORD DISCUSSION AT THE BENCH OUTSIDE HEARING OF THE JURY AND COURT REPORTER | 343/34 |
| WITNESS FOR THE STATE OSCAR HAGOOD | |
| DIRECT EXAMINATION BY MR. TOWNSEND . . | 344/34 |
| CROSS EXAMINATION BY MR. OLD . . . . . | 348/34 |
| RECESS . . . . . . . . . . . . . . . . | 353/34 |
| PROCEEDINGS HELD OUTSIDE PRESENCE AND HEARING OF THE JURY . . . . . . . . . | 353/34 |
| OFF THE RECORD DISCUSSION AT THE BENCH OUTSIDE HEARING OF THE JURY AND COURT REPORTER | 354/34 |
| JURY IS SEATED IN THE JURY BOX . . . . . | 354/34 |
| WITNESS FOR THE STATE LINDA WARDLOW | |
| DIRECT EXAMINATION BY MR. TOWNSEND . . | 355/34 |
| VOIR DIRE EXAMINATION BY MR. OLD . . . | 360/34 |
| PROCEEDINGS HELD OUTSIDE PRESENCE AND HEARING OF THE JURY . . . . . . . . . . | 361/34 |
| OFF THE RECORD DISCUSSION AT THE BENCH OUTSIDE HEARING OF THE COURT REPORTER . . . | 361/34 |
| JURY IS SEATED IN THE JURY BOX . . . . . | 361/34 |

CHRONOLOGICAL INDEX                                    PAGE/VOLUME

WITNESS FOR THE STATE
LINDA WARDLOW (CONTINUING)
    DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)   362/34
    CROSS EXAMINATION BY MR. OLD . . . . .        363/34

WITNESS SWORN . . . . . . . . . . . . . .                  364/34

WITNESS FOR THE STATE
RAYMOND COOPER
    DIRECT EXAMINATION BY MR. TOWNSEND . .         365/34
    VOIR DIRE EXAMINATION BY MR. OLD . . .         374/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .               374/34

RECESS  . . . . . . . . . . . . . . . .                   379/34

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .               379/34

COURT ADJOURNED FOR THE DAY . . . . . . .                 380/34

COURT REPORTER'S CERTIFICATE  . . . . . .                 381/34

VOLUME 35 (FEBRUARY 2, 1995)

APPEARANCES . . . . . . . . . . . . . . .                 383/35

MORNING SESSION . . . . . . . . . . . . .                 385/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .                 385/35

OFF THE RECORD DISCUSSION IN CHAMBERS
OUTSIDE HEARING OF THE COURT REPORTER . . .               386/35

PROCEEDINGS HELD IN OPEN COURT
OUTSIDE PRESENCE AND HEARING OF THE JURY  .               386/35

WITNESS SWORN . . . . . . . . . . . . . .                 390/35

WITNESS FOR THE STATE
ROBERT HAUG
(OUTSIDE THE PRESENCE OF THE JURY)
    DIRECT EXAMINATION BY MR. TOWNSEND . .         390/35
    CROSS EXAMINATION BY MR. OLD . . . . .         405/35
    REDIRECT EXAMINATION BY MR. TOWNSEND .         414/35

## CHRONOLOGICAL INDEX                    PAGE/VOLUME

WITNESS SWORN . . . . . . . . . . . . . . .      416/35

WITNESS FOR THE STATE
JAMES JOHNSON
(OUTSIDE THE PRESENCE OF THE JURY)
        DIRECT EXAMINATION BY MR. TOWNSEND . .    417/35
        VOIR DIRE EXAMINATION BY MR. OLD . . .    420/35
        DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)  421/35
        CROSS EXAMINATION BY MR. OLD . . . . .    424/35
        REDIRECT EXAMINATION BY MR. TOWNSEND .    427/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .       429/35

RECESS  . . . . . . . . . . . . . . . .           429/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .       434/35

RECESS  . . . . . . . . . . . . . . . .           434/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .       445/35

JURY IS SEATED IN THE JURY BOX  . . . . . .       446/35

WITNESS SWORN . . . . . . . . . . . . . .         448/35

WITNESS FOR THE STATE
JERRY WAGNER
        DIRECT EXAMINATION BY MR. TOWNSEND . .    449/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    456/35

WITNESS FOR THE STATE
JERRY WAGNER (CONTINUING)
        CROSS EXAMINATION BY MR. OLD . . . . .    456/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    457/35

WITNESS FOR THE STATE
ROBERT HAUG (RECALLED)
        DIRECT EXAMINATION BY MR. TOWNSEND . .    458/35
        VOIR DIRE EXAMINATION BY MR. OLD . . .    463/35
        DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)  465/35

CHRONOLOGICAL INDEX                          PAGE/VOLUME

ROBERT HAUG (CONTINUING)
     CROSS EXAMINATION BY MR. OLD . . . . .        473/35
     REDIRECT EXAMINATION BY MR. TOWNSEND .        478/35

WITNESS FOR THE STATE
JAMES JOHNSON (RECALLED)
     DIRECT EXAMINATION BY MR. TOWNSEND . .        479/35
     CROSS EXAMINATION BY MR. OLD . . . . .        483/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     485/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        485/35

RECESS FOR LUNCH  . . . . . . . . . . .             486/35

AFTERNOON SESSION . . . . . . . . . . . .           486/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        486/35

JURY IS SEATED IN THE JURY BOX  . . . . . .        487/35

WITNESS FOR THE STATE
RICKY BLACKBURN (RECALLED)
     DIRECT EXAMINATION BY MR. TOWNSEND . .        488/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     489/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     498/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     499/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        499/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .        501/35

JURY IS SEATED IN THE JURY BOX  . . . . . .        501/35

WITNESS SWORN  . . . . . . . . . . . . . .          502/35

CHRONOLOGICAL INDEX                          PAGE/VOLUME

WITNESS FOR THE STATE
JACK MARTIN
    DIRECT EXAMINATION BY MR. TOWNSEND . .        503/35
    CROSS EXAMINATION BY MR. OLD . . . . .        506/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .     508/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .     510/35

RECESS . . . . . . . . . . . . . . . .          510/35

JURY IS SEATED IN THE JURY BOX . . . . . .      510/35

WITNESS SWORN . . . . . . . . . . . . .         511/35

WITNESS FOR THE STATE
KENNETH CRAWFORD
    DIRECT EXAMINATION BY MR. TOWNSEND . .        511/35
    VOIR DIRE EXAMINATION BY MR. OLD . . .        515/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   524/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   528/35

WITNESS FOR THE STATE
RICKY BLACKBURN (RECALLED)
    CROSS EXAMINATION BY MR. OLD . . . . .        530/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .       540/35

RECESS . . . . . . . . . . . . . . . .          545/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .       545/35

JURY IS SEATED IN THE JURY BOX . . . . . .      546/35

WITNESS FOR THE STATE
RICKY BLACKBURN (CONTINUING)
    CROSS EXAMINATION BY MR. OLD (CONT.) .        547/35

RECESS . . . . . . . . . . . . . . . .          564/35

CHRONOLOGICAL INDEX                          PAGE/VOLUME

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .     564/35

JURY IS SEATED IN THE JURY BOX . . . . . .      565/35

WITNESS FOR THE STATE
RICKY BLACKBURN (CONTINUING)
     REDIRECT EXAMINATION BY MR. TOWNSEND (CONT.) 567/35

STATE RESTS ITS CASE IN CHIEF . . . . . . .     569/35

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .       570/35

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .     571/35

COURT ADJOURNED FOR THE DAY . . . . . . .       571/35

COURT REPORTER'S CERTIFICATE . . . . . . .      572/35

**VOLUME 36 (FEBRUARY 3, 1995)**

APPEARANCES . . . . . . . . . . . . . . .       574/36

MORNING SESSION . . . . . . . . . . . . .       576/36

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .     576/36

WITNESS SWORN . . . . . . . . . . . . . .       577/36

DEFENSE CASE IN CHIEF BEGINS . . . . . .        577/36

WITNESS FOR THE DEFENSE
HON. WILLIAM R. PORTER
(OUTSIDE THE PRESENCE OF THE JURY)
     DIRECT EXAMINATION BY MR. OLD . . . .      577/36
     CROSS EXAMINATION BY MR. TOWNSEND . .      587/36
     REDIRECT EXAMINATION BY MR. OLD . . .      589/36
     RECROSS EXAMINATION BY MR. TOWNSEND .      590/36
     REDIRECT EXAMINATION BY MR. OLD . . .      592/36

COURT ADJOURNED FOR THE DAY . . . . . . .       592/36

COURT REPORTER'S CERTIFICATE . . . . . . .      594/36

CHRONOLOGICAL INDEX                    PAGE/VOLUME

**VOLUME 37 (FEBRUARY 7, 1995)**

APPEARANCES . . . . . . . . . . . . . . .            596/37

MORNING SESSION . . . . . . . . . . . . .            598/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .            598/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .          607/37

RECESS   . . . . . . . . . . . . . . . .             608/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .            608/37

WITNESS SWORN . . . . . . . . . . . . . .            613/37

WITNESS FOR THE DEFENSE
TONYA FULFER
(OUTSIDE THE PRESENCE OF THE JURY)
     DIRECT EXAMINATION BY MR. OLD  . . . .          614/37
     VOIR DIRE EXAMINATION BY MR. COBB  . .          615/37

RECESS FOR LUNCH  . . . . . . . . . . . .            630/37

AFTERNOON SESSION . . . . . . . . . . . .            630/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .            630/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .          631/37

JURY IS SEATED IN THE JURY BOX  . . . . .            631/37

DEFENDANT SWORN . . . . . . . . . . . . .            633/37

WITNESS FOR THE DEFENSE
BILLY JOE WARDLOW, THE DEFENDANT
     DIRECT EXAMINATION BY MR. OLD  . . . .          634/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .          662/37

RECESS   . . . . . . . . . . . . . . . .             662/37

## CHRONOLOGICAL INDEX

PAGE/VOLUME

JURY IS SEATED IN THE JURY BOX  . . . . . .      662/37

WITNESS FOR THE DEFENSE
BILLY JOE WARDLOW, THE DEFENDANT (CONTINUING)
    CROSS EXAMINATION BY MR. TOWNSEND  . .      663/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   702/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .      702/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   706/37

RECESS  . . . . . . . . . . . . . . .      706/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .      706/37

JURY IS SEATED IN THE JURY BOX  . . . . .      707/37

WITNESS FOR THE DEFENSE
BILLY JOE WARDLOW, THE DEFENDANT (CONTINUING)
    REDIRECT EXAMINATION BY MR. OLD  . . .      714/37
    RECROSS EXAMINATION BY MR. TOWNSEND  .      720/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   723/37

WITNESS FOR THE DEFENSE
TONYA FULFER (RECALLED)
    DIRECT EXAMINATION BY MR. OLD  . . . .      726/37

WITNESS SWORN . . . . . . . . . . . . .      728/37

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   728/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .      728/37

WITNESS FOR THE DEFENSE
CHARLES MAC COBB
(OUT OF PRESENCE OF THE JURY)
    DIRECT EXAMINATION BY MR. OLD  . . . .      729/37
    CROSS EXAMINATION BY MR. TOWNSEND  . .      734/37
    REDIRECT EXAMINATION BY MR. OLD  . . .      735/37

CHRONOLOGICAL INDEX                          PAGE/VOLUME

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .      738/37

RECESS  . . . . . . . . . . . . . . . . .         739/37

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .       739/37

JURY IS SEATED IN THE JURY BOX  . . . . . .       742/37

DEFENSE RESTED CASE IN CHIEF  . . . . . . .       743/37

STATE RESTED AND CLOSED . . . . . . . . . .       743/37

DEFENSE RESTED AND CLOSED . . . . . . . . .       743/37

COURT ADJOURNED FOR THE DAY . . . . . . . .       745/37

COURT REPORTER'S CERTIFICATE  . . . . . . .       746/37

**VOLUME 38 (FEBRUARY 8, 1995)**

APPEARANCES . . . . . . . . . . . . . . . .        748/38

MORNING SESSION . . . . . . . . . . . . . .        750/38

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        750/38

DEFENDANT'S OBJECTIONS TO THE COURT'S CHARGE       751/38

JURY IS SEATED IN THE JURY BOX  . . . . . .        756/38

CHARGE IS READ IN OPEN COURT  . . . . . . .        756/38

CLOSING ARGUMENTS
     BY MR. TOWNSEND  . . . . . . . . . . .        768/38

RECESS  . . . . . . . . . . . . . . . . . .        785/38

CLOSING ARGUMENTS
     BY MR. OLD . . . . . . . . . . . . . .        786/38
     BY MR. TOWNSEND  . . . . . . . . . . .        805/38

JURY DELIBERATIONS BEGIN  . . . . . . . . .        822/38

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER     823/38

CHRONOLOGICAL INDEX                         PAGE/VOLUME

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        823/38

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .        824/38

JURY IS SEATED IN THE JURY BOX  . . . . . .        825/38

VERDICT IS REACHED  . . . . . . . . . .        826/38

COURT ADJOURNED FOR THE DAY . . . . . . . .        828/38

COURT REPORTER'S CERTIFICATE  . . . . . . .        829/38

**VOLUME 39 (FEBRUARY 9, 1995)**

APPEARANCES . . . . . . . . . . . . . .        1/39

AFTERNOON SESSION . . . . . . . . . . . .        3/39

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .        3/39

WITNESS SWORN . . . . . . . . . . . . . .        4/39

WITNESS FOR THE STATE
BILL HARRISON
(OUTSIDE THE PRESENCE OF THE JURY)
     DIRECT EXAMINATION BY MR. TOWNSEND . .        5/39
     CROSS EXAMINATION BY MR. OLD . . . . .        7/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .        15/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .        15/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .        15/39

JURY IS SEATED IN THE JURY BOX  . . . . . .        17/39

WITNESS FOR THE STATE
BILL BARNARD (RECALLED)
     DIRECT EXAMINATION BY MR. TOWNSEND . .        18/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER        21/39

## CHRONOLOGICAL INDEX                    PAGE/VOLUME

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .          21/39

WITNESS FOR THE STATE
BILL BARNARD (CONTINUING)
(OUTSIDE THE PRESENCE OF THE JURY)
        VOIR DIRE EXAMINATION BY MR. OLD . . .        22/39

JURY IS SEATED IN THE JURY BOX  . . . . . .          26/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER       30/39

WITNESS SWORN . . . . . . . . . . . . . . .          31/39

WITNESS FOR THE STATE
JOHN SCHULTZ
        DIRECT EXAMINATION BY MR. TOWNSEND . .        31/39
        CROSS EXAMINATION BY MR. OLD . . . . .        35/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER       37/39

WITNESS FOR THE STATE
JOHN SCHULTZ (CONTINUING)
        REDIRECT EXAMINATION BY MR. TOWNSEND (CONT.) 37/39

WITNESS SWORN . . . . . . . . . . . . . . .          39/39

WITNESS FOR THE STATE
WILLIE DRABBLE
        DIRECT EXAMINATION BY MR. TOWNSEND . .        40/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER       42/39

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .          42/39

WITNESS FOR THE STATE
WILLIE DRABBLE (CONTINUING)
(OUTSIDE THE PRESENCE OF THE JURY)
        VOIR DIRE EXAMINATION BY MR. OLD . . .        43/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER . . .          45/39

CHRONOLOGICAL INDEX                          PAGE/VOLUME

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .        45/39

RECESS   . . . . . . . . . . . . . . . .        45/39

JURY IS SEATED IN THE JURY BOX  . . . . .        46/39

WITNESS FOR THE STATE
WILLIE DRABBLE (CONTINUING)
      DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)   47/39
      CROSS EXAMINATION BY MR. OLD . . . . .       48/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    52/39

RECESS   . . . . . . . . . . . . . . . .        52/39

JURY IS SEATED IN THE JURY BOX  . . . . .        52/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    53/39

WITNESS SWORN . . . . . . . . . . . . .         53/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER    54/39

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . .        54/39

WITNESS FOR THE STATE
J.P. COBB
(OUTSIDE THE PRESENCE OF THE JURY)
      DIRECT EXAMINATION BY MR. TOWNSEND . .       55/39
      VOIR DIRE EXAMINATION BY MR. OLD . . .       59/39

RECESS   . . . . . . . . . . . . . . . .        62/39

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . . .        63/39

WITNESS SWORN  . . . . . . . . . . . . .         65/39

WITNESS FOR THE STATE
JIMMY STEWART
(OUTSIDE THE PRESENCE OF THE JURY)
      DIRECT EXAMINATION BY MR. TOWNSEND  . .      66/39
      CROSS EXAMINATION BY MR. OLD  . . . . .      69/39

CHRONOLOGICAL INDEX                     PAGE/VOLUME

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .    78/39

WITNESS FOR THE STATE
WARREN MINOR
(OUTSIDE THE PRESENCE OF THE JURY)
        DIRECT EXAMINATION BY MR. TOWNSEND  . .    79/39
        CROSS EXAMINATION BY MR. OLD  . . . . .    81/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .    97/39

WITNESS FOR THE DEFENSE
RICHARD TOWNSEND
(OUTSIDE THE PRESENCE OF THE JURY)
        DIRECT EXAMINATION BY MR. OLD . . . . .    98/39

RECESS . . . . . . . . . . . . . . . .   104/39

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . .   104/39

WITNESS SWORN  . . . . . . . . . . . .   104/39

WITNESS FOR THE STATE
REX MARS
(OUTSIDE THE PRESENCE OF THE JURY)
        DIRECT EXAMINATION BY MR. TOWNSEND  . .   105/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .   110/39

WITNESS FOR THE STATE
REX MARS  (CONTINUING)
(OUTSIDE THE PRESENCE OF THE JURY)
        VOIR DIRE EXAMINATION BY MR. OLD  . . .   111/39
        DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)  114/39
        CROSS EXAMINATION BY MR. OLD  . . . . .   121/39

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .   135/39

JURY IS SEATED IN THE JURY BOX . . . . . .   139/39

WITNESS FOR THE STATE
J.P. COBB  (RECALLED)
        DIRECT EXAMINATION BY MR. TOWNSEND  . .   141/39
        CROSS EXAMINATION BY MR. OLD  . . . . .   143/39

1

<u>CHRONOLOGICAL INDEX</u>                    <u>PAGE/VOLUME</u>

2

WITNESS FOR THE STATE
<u>JIMMY STEWART</u> (RECALLED)

3
      DIRECT EXAMINATION BY MR. TOWNSEND . .   144/39
      CROSS EXAMINATION BY MR. OLD . . . .   148/39

4

5
OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   150/39

6
WITNESS SWORN  . . . . . . . . . . . .   150/39

7

WITNESS FOR THE STATE
<u>PATSY MARTIN</u>

8
      DIRECT EXAMINATION BY MR. TOWNSEND . .   151/39

9
WITNESS FOR THE STATE
<u>RICKY BLACKBURN</u> (RECALLED)

10
      DIRECT EXAMINATION BY MR. TOWNSEND . .   155/39
      CROSS EXAMINATION BY MR. OLD . . . .   159/39

11

12
WITNESS FOR THE STATE
<u>KENNETH CRAWFORD</u> (RECALLED)

13
      DIRECT EXAMINATION BY MR. TOWNSEND . .   160/39
      VOIR DIRE EXAMINATION BY MR. OLD . . .   162/39

14
      DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)   164/39
      VOIR DIRE EXAMINATION BY MR. OLD . . .   166/39

15
      DIRECT EXAMINATION BY MR. TOWNSEND (CONT.)   169/39

16
OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   172/39

17
WITNESS FOR THE STATE
<u>WARREN MINOR</u> (RECALLED)

18
      DIRECT EXAMINATION BY MR. TOWNSEND . .   177/39
      CROSS EXAMINATION BY MR. OLD . . . .   179/39

19

20
PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . .   187/39

21
COURT ADJOURNED FOR THE DAY . . . . . . .   188/39

22
COURT REPORTER'S CERTIFICATE . . . . . . .   189/39

23
<u>VOLUME 40 (FEBRUARY 10, 1995)</u>

24
APPEARANCES  . . . . . . . . . . . . .   191/40

25
MORNING SESSION  . . . . . . . . . . .   193/40

## CHRONOLOGICAL INDEX                    PAGE/VOLUME

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . . .  193/40

WITNESSES SWORN  . . . . . . . . . . . . .  193/40

WITNESS FOR THE STATE
HARRY WASHINGTON
(OUTSIDE THE PRESENCE OF THE JURY)
     DIRECT EXAMINATION BY MR. TOWNSEND  . .  195/40
     CROSS EXAMINATION BY MR. OLD  . . . . .  198/40

OFF THE RECORD DISCUSSION IN CHAMBERS
OUTSIDE HEARING OF THE COURT REPORTER  . . .  206/40

JURY IS SEATED IN THE JURY BOX . . . . . .  207/40

WITNESS FOR THE STATE
HARRY WASHINGTON (CONTINUING)
     DIRECT EXAMINATION BY MR. TOWNSEND  . .  207/40
     CROSS EXAMINATION BY MR. OLD  . . . . .  211/40

WITNESS SWORN  . . . . . . . . . . . . . .  214/40

WITNESS FOR THE STATE
ROYCE SMITHEY
     DIRECT EXAMINATION BY MR. TOWNSEND  . .  215/40

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER  216/40

WITNESS FOR THE STATE
ROYCE SMITHEY (CONTINUING)
     CROSS EXAMINATION BY MR. OLD  . . . . .  229/40
     REDIRECT EXAMINATION BY MR. TOWNSEND  .  249/40
     RECROSS EXAMINATION BY MR. OLD  . . . .  250/40

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER  252/40

STATE RESTS  . . . . . . . . . . . . . . .  252/40

RECESS FOR LUNCH . . . . . . . . . . . . .  253/40

AFTERNOON SESSION  . . . . . . . . . . . .  253/40

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY . . . . . . . . . .  253/40

CHRONOLOGICAL INDEX

PAGE/VOLUME

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .    255/40

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .    257/40

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .    258/40

JURY IS SEATED IN THE JURY BOX . . . . . . .    258/40

WITNESS FOR THE DEFENSE
AMY BILLINGSLEA
    DIRECT EXAMINATION BY MR. HINSON  . . .    259/40
    CROSS EXAMINATION BY MR. TOWNSEND . . .    264/40
    REDIRECT EXAMINATION BY MR. HINSON  . .    266/40

WITNESS FOR THE DEFENSE
GLENDON GILLEAN
    DIRECT EXAMINATION BY MR. HINSON  . . .    267/40

WITNESS FOR THE DEFENSE
GERALD SINGLETON
    DIRECT EXAMINATION BY MR. HINSON . . .     271/40
    CROSS EXAMINATION BY MR. TOWNSEND . . .    273/40

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE JURY AND COURT REPORTER   274/40

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . . . .    274/40

OFF THE RECORD DISCUSSION AT THE BENCH
OUTSIDE HEARING OF THE COURT REPORTER  . . .    276/40

JURY IS SEATED IN THE JURY BOX . . . . . . .    276/40

DEFENSE RESTED ITS CASE  . . . . . . . . . .    277/40

STATE CLOSED ITS CASE  . . . . . . . . . .      277/40

DEFENSE CLOSED ITS CASE  . . . . . . . . . .    277/40

RECESS . . . . . . . . . . . . . . . . . .      280/40

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . . . .    280/40

CHRONOLOGICAL INDEX                              PAGE/VOLUME

DEFENDANT'S OBJECTIONS AND EXCEPTIONS
TO THE COURT'S CHARGE  . . . . . . . . . . .      282/40

COURT'S CHARGE IS READ TO THE JURY . . . . .      285/40

CLOSING ARGUMENTS
        BY MR. TOWNSEND . . . . . . . . . . .      293/40
        BY MR. HINSON . . . . . . . . . . . .      301/40

RECESS . . . . . . . . . . . . . . . . . . .      313/40

JURY IS SEATED IN THE JURY BOX . . . . . . .      313/40

CLOSING ARGUMENTS
        BY MR. OLD  . . . . . . . . . . . . .      313/40
        BY MR. TOWNSEND . . . . . . . . . . .      330/40

DELIBERATIONS BEGIN  . . . . . . . . . . . .      349/40

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . . . .      349/40

JURY IS SEATED IN THE JURY BOX . . . . . . .      349/40

RECESS FOR DINNER  . . . . . . . . . . . . .      351/40

JURY IS OUT  . . . . . . . . . . . . . . . .      351/40

PROCEEDINGS HELD OUTSIDE PRESENCE
AND HEARING OF THE JURY  . . . . . . . . . .      352/40

JURY IS SEATED IN THE JURY BOX . . . . . . .      354/40

COURT IS IN RECESS . . . . . . . . . . . . .      356/40

COURT ADJOURNED FOR THE DAY  . . . . . . . .      356/40

COURT REPORTER'S CERTIFICATE . . . . . . . .      357/40

VOLUME 41 (FEBRUARY 11, 1995)

APPEARANCES  . . . . . . . . . . . . . . . .      359/41

MORNING SESSION  . . . . . . . . . . . . . .      361/41

DELIBERATIONS BEGIN  . . . . . . . . . . . .      361/41

RECESS FOR LUNCH . . . . . . . . . . . . . .      362/41

CHRONOLOGICAL INDEX                          PAGE/VOLUME

AFTERNOON SESSION  . . . . . . . . . . . .      362/41

JURY OUT . . . . . . . . . . . . . . . . .      362/41

JURY IS SEATED IN THE JURY BOX . . . . . . .    362/41

VERDICT IS READ IN OPEN COURT  . . . . . . .    363/41

JURY IS RELEASED . . . . . . . . . . . . .      365/41

RECESS . . . . . . . . . . . . . . . . . .      367/41

COURT ADJOURNED FOR THE DAY  . . . . . . . .    369/41

COURT REPORTER'S CERTIFICATE . . . . . . . .    370/41

**VOLUME 42 (APRIL 17, 1995)**

APPEARANCES  . . . . . . . . . . . . . . .        1/42

MORNING SESSION  . . . . . . . . . . . . .         2/42

WITNESS SWORN  . . . . . . . . . . . . . .         3/42

**WITNESS FOR THE DEFENSE**
RICKY BLACKBURN
        DIRECT EXAMINATION BY MR. PARKS . . . .    4/42
        CROSS EXAMINATION BY MR. TOWNSEND . . .   43/42
        REDIRECT EXAMINATION BY MR. PARKS . . .   45/42

WITNESS SWORN  . . . . . . . . . . . . . .        47/42

**WITNESS FOR THE DEFENSE**
RICHARD TOWNSEND
        DIRECT EXAMINATION BY MR. PARKS . . . .   47/42

STATE RESTS AND CLOSES ON THE MOTION . . . .      51/42

RECESS . . . . . . . . . . . . . . . . . .        57/42

COURT REPORTER'S CERTIFICATE . . . . . . . .      58/42

ATTORNEYS' CERTIFICATE . . . . . . . . . . .       60/42

**VOLUME 43 (EXHIBITS -- MASTER INDEX)**

* * * * *

MASTER INDEX
ALPHABETICAL LISTING

NAME                                                          PAGE/VOLUME

ALEXANDER, ALTON DEAN, POTENTIAL JUROR
EXAMINATION BY MR. LEE  . . . . . . . . . .        159/14
EXAMINATION BY MR. OLD  . . . . . . . . . .        179/14


AMICK, MIKAL D., POTENTIAL JUROR
EXAMINATION BY MR. LEE  . . . . . . . . . .         51/23
EXAMINATION BY MR. OLD  . . . . . . . . . .         72/23


BAKER, ROBERT WAYNE, POTENTIAL JUROR
EXAMINATION BY COURT  . . . . . . . . . . .         37/23


BARKER, FRED EARL, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .         34/12


BARNARD, BILL
DIRECT EXAMINATION BY MR. TOWNSEND. . . . .        175/34
VOIR DIRE EXAMINATION BY MR. OLD. . . . . .        187/34
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.).        193/34
VOIR DIRE EXAMINATION BY MR. OLD. . . . . .        194/34
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.).        199/34
CROSS EXAMINATION BY MR. OLD . . . . . . . .       199/34
REDIRECT EXAMINATION BY MR. TOWNSEND. . . .        212/34
RECROSS EXAMINATION BY MR. OLD. . . . . . .        213/34
DIRECT EXAMINATION BY MR. TOWNSEND. . . . .         18/39
VOIR DIRE EXAMINATION BY MR. OLD. . . . . .         22/39


BARNARD, JEFFREY J.
DIRECT EXAMINATION BY MR. TOWNSEND. . . . .        139/33
CROSS EXAMINATION BY MR. OLD. . . . . . . .        153/33


BILLINGSLEA, AMY
DIRECT EXAMINATION BY MR. HINSON. . . . . .        259/40
CROSS EXAMINATION BY MR. TOWNSEND . . . . .        264/40
REDIRECT EXAMINATION BY MR. HINSON. . . . .        266/40


BLACK, KENNETH WAYNE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .         21/32
EXAMINATION BY MR. TOWNSEND (CONT.) . . . .         29/32
EXAMINATION BY MR. OLD  . . . . . . . . . .         50/32


BLACKBURN, RICKY
DIRECT EXAMINATION BY MR. TOWNSEND. . . . .          9/9
VOIR DIRE EXAMINATION BY MR. OLD  . . . . .         23/9
DIRECT EXAMINATION BY MR. TOWNSEND  . . . .         26/9
VOIR DIRE EXAMINATION BY MR. OLD. . . . . .         28/9

| NAME | PAGE/VOLUME |
|------|-------------|
| **BLACKBURN, RICKY** (CONTINUED) | |
| DIRECT EXAMINATION BY MR. TOWNSEND  . . . . | 32/9 |
| CROSS EXAMINATION BY MR. OLD  . . . . . . . | 49/9 |
| CROSS EXAMINATION BY MR. OLD (CONT.). . . . | 51/9 |
| CROSS EXAMINATION BY MR. OLD  . . . . . . . | 3/10 |
| REDIRECT EXAMINATION BY MR. TOWNSEND  . . . | 40/10 |
| RECROSS EXAMINATION BY MR. OLD  . . . . . . | 53/10 |
| DIRECT EXAMINATION BY MR. TOWNSEND. . . . . | 111/33 |
| CROSS EXAMINATION BY MR. HINSON . . . . . . | 131/33 |
| DIRECT EXAMINATION BY MR. TOWNSEND. . . . . | 488/35 |
| CROSS EXAMINATION BY MR. OLD  . . . . . . . | 530/35 |
| CROSS EXAMINATION BY MR. OLD (CONT.). . . . | 547/35 |
| REDIRECT EXAMINATION BY MR. TOWNSEND (CONT.) | 567/35 |
| DIRECT EXAMINATION BY MR. TOWNSEND. . . . . | 155/39 |
| CROSS EXAMINATION BY MR. OLD. . . . . . . . | 159/39 |
| DIRECT EXAMINATION BY MR. PARKS . . . . . . | 4/42 |
| CROSS EXAMINATION BY MR. TOWNSEND . . . . . | 43/42 |
| REDIRECT EXAMINATION BY MR. PARKS . . . . . | 45/42 |
| | |
| **BOOTH, RONALD WAYNE, POTENTIAL JUROR** | |
| EXAMINATION BY MR. TOWNSEND . . . . . . . . | 15/14 |
| EXAMINATION BY MR. HINSON . . . . . . . . . | 38/14 |
| | |
| **BRADDOCK, BRYAN KEITH, POTENTIAL JUROR** | |
| EXAMINATION BY COURT  . . . . . . . . . . . | 154/25 |
| EXAMINATION BY COURT  . . . . . . . . . . . | 9/27 |
| | |
| **BUMPASS, JOEL** | |
| EXAMINATION BY MR. OLD  . . . . . . . . . . | 71/5 |
| EXAMINATION BY MR. TOWNSEND . . . . . . . . | 74/5 |
| EXAMINATION BY MR. OLD  . . . . . . . . . . | 76/5 |
| | |
| **BYRD, CATHY** | |
| EXAMINATION BY MR. OLD  . . . . . . . . . . | 115/5 |
| | |
| **CAFFEE, CORA ELLEN, POTENTIAL JUROR** | |
| EXAMINATION BY MR. TOWNSEND . . . . . . . . | 109/24 |
| EXAMINATION BY MR. OLD  . . . . . . . . . . | 140/24 |
| | |
| **CAMPBELL, JACKIE LEE, POTENTIAL JUROR** | |
| EXAMINATION BY MR. TOWNSEND . . . . . . . . | 15/31 |
| | |
| **CHARLTON, SUZANNE, POTENTIAL JUROR** | |
| EXAMINATION BY MR. TOWNSEND . . . . . . . . | 13/29 |
| EXAMINATION BY MR. OLD . . . . . . . . . . . | 22/29 |

NAME                                                         PAGE/VOLUME

COBB, CHARLES MAC
DIRECT EXAMINATION BY MR. OLD  . . . . . . .      729/37
CROSS EXAMINATION BY MR. TOWNSEND  . . . . .      734/37
REDIRECT EXAMINATION BY MR. OLD  . . . . . .      735/37


COBB, J.P.
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .       55/39
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .       59/39
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .      141/39
CROSS EXAMINATION BY MR. OLD . . . . . . . .      143/39


COKE, TERESA DIANE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND  . . . . . . . .       18/20
EXAMINATION BY MR. OLD . . . . . . . . . .       54/20


COLE, CHARLES
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .       90/33
CROSS EXAMINATION BY MR. OLD . . . . . . . .      105/33


COLLINS, LINDA ANN, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND. . . . . . . . .      108/28


COOK, ROBERT DAVID, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND  . . . . . . . .       78/16


COOPER, RAYMOND
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .      365/34
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .      374/34


COPE, VERNON
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .       15/33
CROSS EXAMINATION BY MR. OLD . . . . . . . .       28/33
REDIRECT EXAMINATION BY MR. TOWNSEND . . . .       44/33


COUNTS, MARSHALL NOLAN, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND  . . . . . . . .        6/18
EXAMINATION BY MR. OLD . . . . . . . . . .       39/18


COWAN, RONALD M.
EXAMINATION BY MR. OLD . . . . . . . . . .       38/5
EXAMINATION BY MR. TOWNSEND  . . . . . . . .       48/5
EXAMINATION BY MR. OLD . . . . . . . . . .       52/5


COX, JESSIE ROY, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND  . . . . . . . .      150/11
EXAMINATION BY MR. OLD   . . . . . . . . . .      176/11

**NAME**                                                    PAGE/VOLUME


CRAWFORD, KENNETH
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .        511/35
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .        515/35
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .        160/39
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .        162/39
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.) .        164/39
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .        166/39
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.) .        169/39


DODD, BILLY
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .        215/34
CROSS EXAMINATION BY MR. OLD . . . . . . . .        231/34


DRABBLE, WILLIE
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .         40/39
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .         43/39
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.) .         47/39
CROSS EXAMINATION BY MR. OLD . . . . . . . .         48/39


DYAS, GROVER
EXAMINATION BY MR. OLD . . . . . . . . . .           54/5
EXAMINATION BY MR. TOWNSEND . . . . . . .            57/5
EXAMINATION BY MR. OLD . . . . . . . . . .           58/5


EAVES, REAGAN LEE, POTENTIAL JUROR
EXAMINATION BY MR. LEE . . . . . . . . . .           79/17
EXAMINATION BY MR. HINSON . . . . . . . .            98/17


EDWARDS, MARY NELL, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .            63/12
EXAMINATION BY MR. OLD . . . . . . . . . .           88/12
DISCUSSION BY COURT . . . . . . . . . . .           172/16


ELLIS, SHEILA WHITNEY, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .            88/16


ELROD, LENDA MAE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .           182/24
EXAMINATION BY MR. OLD . . . . . . . . . .          216/24


EMERY, WILL
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .        246/34
CROSS EXAMINATION BY MR. OLD . . . . . . . .        258/34


FLOYD, JOHNNY
EXAMINATION BY MR. OLD . . . . . . . . . .           77/5
EXAMINATION BY MR. TOWNSEND . . . . . . .            80/5
EXAMINATION BY MR. OLD . . . . . . . . . .           83/5

**NAME**                                                    **PAGE/VOLUME**

FORTNER, RAYMOND T., POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .        38/24
EXAMINATION BY MR. OLD . . . . . . . . . .         70/24

FREEMAN, LANNY DWANE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .          165/30
EXAMINATION BY MR. OLD . . . . . . . . . .         192/30

FULFER, TONYA
DIRECT EXAMINATION BY MR. OLD . . . . . .          614/37
VOIR DIRE EXAMINATION BY MR. COBB . . . . .        615/37
DIRECT EXAMINATION BY MR. OLD . . . . . . .        726/37

GILLEAN, GLENDON
DIRECT EXAMINATION BY MR. HINSON . . . . . .       267/40

GLOVER, WILLIAM ZACK, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .        8/28
EXAMINATION BY MR. OLD . . . . . . . . . .         38/28

GOETZ, RON
EXAMINATION BY MR. OLD . . . . . . . . . .         22/5
EXAMINATION BY MR. TOWNSEND . . . . . . . .        36/5
EXAMINATION BY MR. OLD . . . . . . . . . .         37/5

GUEST, RUSSELL
EXAMINATION BY MR. OLD . . . . . . . . . .         85/5
EXAMINATION BY MR. TOWNSEND . . . . . . . .        88/5
EXAMINATION BY MR. OLD . . . . . . . . . .         90/5

HAGOOD, OSCAR
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .       344/34
CROSS EXAMINATION BY MR. OLD . . . . . . . .       348/34

HAMMONDS, GREGORY SCOTT, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .        32/17
EXAMINATION BY MR. TOWNSEND (CONT.) . . . .        60/17
EXAMINATION BY MR. OLD . . . . . . . . . .         64/17

HARRISON, BILL
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .       5/39
CROSS EXAMINATION BY MR. OLD . . . . . . . .       7/39

HARTGROVE, FLETCHER
EXAMINATION BY MR. OLD . . . . . . . . . .         91/5
EXAMINATION BY MR. TOWNSEND . . . . . . . .        94/5
EXAMINATION BY MR. OLD . . . . . . . . . .         95/5

NAME                                                    PAGE/VOLUME

HAUG, ROBERT
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .            390/35
CROSS EXAMINATION BY MR. OLD . . . . . . .              405/35
REDIRECT EXAMINATION BY MR. TOWNSEND . . . .            414/35
DIRECT EXAMINATION BY MR. TOWNSEND . . . . .            458/35
VOIR DIRE EXAMINATION BY MR. OLD . . . . . .            463/35
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.) .            465/35
CROSS EXAMINATION BY MR. OLD . . . . . . .              473/35
REDIRECT EXAMINATION BY MR. TOWNSEND . . . .            478/35


HEAVNER, JIM R., POTENTIAL JUROR
EXAMINATION BY COURT  . . . . . . . . . .               55/31
EXAMINATION BY COURT  . . . . . . . . . .               76/32


HENDERSON, ROBERT
EXAMINATION BY MR. OLD  . . . . . . . . .               96/5


HENRY, LORI BETH, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .               6/13
EXAMINATION BY MR. OLD  . . . . . . . .                 37/13
EXAMINATION BY MR. OLD (CONT.)  . . . . .               84/13
EXAMINATION BY MR. OLD (CONT.)  . . . . .               99/13
EXAMINATION BY MR. TOWNSEND . . . . . . .               102/13
DISCUSSION BY COURT . . . . . . . . . . .               175/16


HILL, JAMES
EXAMINATION BY MR. OLD  . . . . . . . . .               99/5
EXAMINATION BY MR. TOWNSEND . . . . . . .               102/5


HILL, SUE
EXAMINATION BY MR. OLD  . . . . . . . . .               105/5
EXAMINATION BY MR. TOWNSEND . . . . . . .               107/5
EXAMINATION BY MR. OLD  . . . . . . . . .               108/5


HOLLINGSWORTH, BETTY JOYCE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .               97/20


HUDGINS, JUDITH ANN, POTENTIAL JUROR
EXAMINATION BY COURT  . . . . . . . . . .               55/31


ISBELL, PATRICIA ANN, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .               8/20


JOHNSON, JAMES
DIRECT EXAMINATION BY MR. TOWNSEND  . . . .             417/35
VOIR DIRE EXAMINATION BY MR. OLD  . . . . .             420/35
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.).             421/35
CROSS EXAMINATION BY MR. OLD  . . . . . . .             424/35

| NAME | PAGE/VOLUME |
|------|-------------|

**JOHNSON, JAMES** (CONTINUED)
REDIRECT EXAMINATION BY MR. TOWNSEND  . . .      427/35
DIRECT EXAMINATION BY MR. TOWNSEND  . . . .      479/35
CROSS EXAMINATION BY MR. OLD  . . . . . . .      483/35


**LAWTON, A.W.**
EXAMINATION BY MR. OLD  . . . . . . . . .        109/5
EXAMINATION BY MR. TOWNSEND . . . . . . .        113/5
EXAMINATION BY MR. OLD  . . . . . . . . .        113/5


**LEE, TERRI D., POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .         28/11
EXAMINATION BY MR. OLD  . . . . . . . . .         54/11
DISCUSSION BY COURT . . . . . . . . . . .          3/17


**LITTLES, NOLA JEAN, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .        142/11
EXAMINATION BY MR. TOWNSEND . . . . . . .          6/12
EXAMINATION BY MR. OLD  . . . . . . . . .         15/12
DISCUSSION BY COURT . . . . . . . . . . .        169/16


**MCCOY, WILLIAM H.**
EXAMINATION BY MR. OLD  . . . . . . . . .         60/5
EXAMINATION BY MR. TOWNSEND . . . . . . .         66/5
EXAMINATION BY MR. OLD  . . . . . . . . .         68/5
EXAMINATION BY MR. TOWNSEND . . . . . . .         69/5
EXAMINATION BY MR. OLD  . . . . . . . . .         70/5


**MCGATLIN, CYNTHIA LYNN, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .         93/16
EXAMINATION BY MR. OLD  . . . . . . . . .        124/16


**MCGREGOR, JAMES EVERETT, POTENTIAL JUROR**
EXAMINATION BY COURT  . . . . . . . . . .        111/30


**MCGREGOR, LELLON DEAN, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .         18/27
EXAMINATION BY MR. OLD  . . . . . . . . .         57/27


**MCNUTT, KENNETH WAYNE, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .          9/30
EXAMINATION BY MR. HINSON . . . . . . . .         45/30


**MADDEN, RUSSELL LEE, POTENTIAL JUROR**
EXAMINATION BY COURT  . . . . . . . . . .         64/27

| NAME | PAGE/VOLUME |
|---|---|
| **MARS, REX** | |
| DIRECT EXAMINATION BY MR. TOWNSEND   . . . . | 105/39 |
| VOIR DIRE EXAMINATION BY MR. OLD   . . . . . | 111/39 |
| DIRECT EXAMINATION BY MR. TOWNSEND (CONT.). | 114/39 |
| CROSS EXAMINATION BY MR. OLD   . . . . . . . | 121/39 |
| | |
| **MARTIN, JACK** | |
| DIRECT EXAMINATION BY MR. TOWNSEND   . . . . | 503/35 |
| CROSS EXAMINATION BY MR. OLD   . . . . . . . | 506/35 |
| | |
| **MARTIN, JERRY MAX, POTENTIAL JUROR** | |
| EXAMINATION BY COURT   . . . . . . . . . . | 208/24 |
| | |
| **MARTIN, PATSY** | |
| EXAMINATION BY MR. OLD   . . . . . . . . . | 119/5 |
| DIRECT EXAMINATION BY MR. TOWNSEND   . . . . | 151/39 |
| | |
| **MINOR, WARREN** | |
| DIRECT EXAMINATION BY MR. TOWNSEND   . . . . | 79/39 |
| CROSS EXAMINATION BY MR. OLD   . . . . . | 81/39 |
| DIRECT EXAMINATION BY MR. TOWNSEND. . . . . | 177/39 |
| CROSS EXAMINATION BY MR. OLD. . . . . . . | 179/39 |
| | |
| **MOORE, BOBBY DWAYNE, POTENTIAL JUROR** | |
| EXAMINATION BY COURT   . . . . . . . . . . | 164/21 |
| | |
| **MORRIS, GLENDA SUE, POTENTIAL JUROR** | |
| EXAMINATION BY MR. TOWNSEND . . . . . . . | 12/15 |
| EXAMINATION BY MR. OLD   . . . . . . . . . | 38/15 |
| | |
| **NASH, W.S.** | |
| EXAMINATION BY MR. OLD   . . . . . . . . . | 124/5 |
| EXAMINATION BY MR. TOWNSEND . . . . . . . . | 126/5 |
| | |
| **NEWMAN, DONNA MAE, POTENTIAL JUROR** | |
| EXAMINATION BY COURT   . . . . . . . . . . | 93/22 |
| | |
| **NUGENT, SARAH FRANCES, POTENTIAL JUROR** | |
| EXAMINATION BY COURT   . . . . . . . . . . | 26/29 |
| | |
| **ONLEY, WILLIAM H., POTENTIAL JUROR** | |
| EXAMINATION BY COURT   . . . . . . . . . . | 76/32 |
| | |
| **OWSLEY, NELL COMBS, POTENTIAL JUROR** | |
| EXAMINATION BY MR. TOWNSEND . . . . . . . | 9/19 |
| EXAMINATION BY MR. OLD   . . . . . . . . . | 47/19 |
| EXAMINATION BY MR. OLD (CONT.)   . . . . . | 63/19 |

| NAME | PAGE/VOLUME |
|------|-------------|

**PEARSON, BOBBY KEITH, POTENTIAL JUROR**
EXAMINATION BY MR. LEE . . . . . . . . . .   70/14
EXAMINATION BY MR. HINSON . . . . . . . .   96/14
EXAMINATION BY MR. HINSON (CONT.) . . . . .   143/14


**PERRYMAN, ROBERT RAY, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .   78/26
EXAMINATION BY MR. OLD . . . . . . . . .   108/26


**PITTS, JAMES EDWARD, POTENTIAL JUROR**
EXAMINATION BY COURT . . . . . . . . . .   3/31


**PORTER, WILLIAM R.**
DIRECT EXAMINATION BY MR. OLD . . . . . .   577/36
CROSS EXAMINATION BY MR. TOWNSEND . . . . .   587/36
REDIRECT EXAMINATION BY MR. OLD . . . . . .   589/36
RECROSS EXAMINATION BY MR. TOWNSEND . . . .   590/36
REDIRECT EXAMINATION BY MR. OLD . . . . . .   592/36


**PREDDY, MICHAEL CLARK, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .   93/11
EXAMINATION BY MR. OLD . . . . . . . . .   122/11


**PRICE, TERESA ANN, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .   7/24


**PRINCE, LAWYANDA JOYCE, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .   125/17
EXAMINATION BY MR. OLD . . . . . . . . .   147/17


**PURDON, DANNY JAKE, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .   105/22
EXAMINATION BY MR. OLD . . . . . . . . .   139/22
EXAMINATION BY MR. OLD (CONT.) . . . . . .   147/22


**RAGSDALE, JESSIE, POTENTIAL JUROR**
EXAMINATION BY MR. LEE . . . . . . . . .   82/30
EXAMINATION BY MR. LEE (CONT.) . . . . . .   109/30
EXAMINATION BY MR. OLD . . . . . . . . .   116/30
EXAMINATION BY MR. OLD (CONT.) . . . . . .   139/30


**REED, DON WALLACE, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . .   8/25
EXAMINATION BY MR. OLD . . . . . . . . .   40/25


**REESE, KENNETH WAYNE, POTENTIAL JUROR**
EXAMINATION BY MR. LEE . . . . . . . . .   79/15
EXAMINATION BY MR. HINSON . . . . . . . .   103/15

1

**NAME**                                                    PAGE/VOLUME

2

REYNOLDS, J.D., POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .        130/12

3

EXAMINATION BY MR. OLD . . . . . . . . .           147/12

4

ROGERS, RUBY NELL, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .          162/25

5

EXAMINATION BY MR. OLD . . . . . . . . .           192/25

6

SARGENT, FRANKLIN C., POTENTIAL JUROR
EXAMINATION BY COURT . . . . . . . . . .           134/26

7

SCAFF, BOB

8

EXAMINATION BY MR. TOWNSEND . . . . . . .           131/5
EXAMINATION BY MR. OLD . . . . . . . . .            137/5

9

SCHAKEL, LEO

10

EXAMINATION BY THE COURT . . . . . . . .             5/15

11

SCHALLER, ROBERTA NADINE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .            71/25

12

EXAMINATION BY MR. OLD . . . . . . . . .           109/25

13

SCHINDLEY, WANDA B., POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .             9/22

14

EXAMINATION BY MR. OLD . . . . . . . . .             45/22
EXAMINATION BY MR. OLD (CONT.) . . . . .             70/22

15

SCHULTZ, JOHN

16

DIRECT EXAMINATION BY MR. TOWNSEND . . . .           31/39
CROSS EXAMINATION BY MR. OLD . . . . . .             35/39

17

REDIRECT EXAMINATION BY MR. TOWNSEND . . .           37/39

18

SEALE, ROBERT DOUGLAS, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .             9/16

19

EXAMINATION BY MR. OLD . . . . . . . . .             36/16

20

SENN, O.B., JR.
EXAMINATION BY MR. OLD . . . . . . . . .            128/5

21

SHIRLEY, JOE STEVEN, POTENTIAL JUROR

22

EXAMINATION BY MR. TOWNSEND . . . . . . .             42/29
EXAMINATION BY MR. OLD . . . . . . . . .             79/29

23

SINGLETON, GERALD

24

DIRECT EXAMINATION BY MR. HINSON . . . . .          271/40
CROSS EXAMINATION BY MR. TOWNSEND . . . . .         273/40

25

**NAME**                                                    **PAGE/VOLUME**

SMITH, CARL EUGENE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . . .        10/21
EXAMINATION BY MR. HINSON . . . . . . . . .        44/21

SMITH, DOROTHY
DIRECT EXAMINATION BY MR. TOWNSEND. . . . .        263/34
VOIR DIRE EXAMINATION BY MR. OLD . . . . .          271/34
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.).        277/34
CROSS EXAMINATION BY MR. OLD. . . . . . .           287/34
REDIRECT EXAMINATION BY MR. TOWNSEND. . . .        319/34
RECROSS EXAMINATION BY MR. OLD . . . . . .          329/34

SMITH, JANELL ANN, POTENTIAL JUROR
EXAMINATION BY MR. LEE . . . . . . . . . . .        173/17

SMITHEY, ROYCE
DIRECT EXAMINATION BY MR. TOWNSEND . . . .          215/40
CROSS EXAMINATION BY MR. OLD . . . . . . .          229/40
REDIRECT EXAMINATION BY MR. TOWNSEND . . .          249/40
RECROSS EXAMINATION BY MR. OLD . . . . . .          250/40

SMYTH, DANIEL RAY, POTENTIAL JUROR
EXAMINATION BY THE COURT . . . . . . . . .          230/14

SPRAGLIN, PAUL EDWARD, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .           14/23
EXAMINATION BY MR. OLD . . . . . . . . . .          32/23

STANLEY, CLAUDINE
DIRECT EXAMINATION BY MR. TOWNSEND . . . .          47/33
CROSS EXAMINATION BY MR. OLD . . . . . . .          53/33
REDIRECT EXAMINATION BY MR. TOWNSEND . . .          56/33
RECROSS EXAMINATION BY MR. OLD . . . . . .          57/33

STEWART, JIMMY
DIRECT EXAMINATION BY MR. TOWNSEND . . . .          66/39
CROSS EXAMINATION BY MR. OLD . . . . . . .          69/39
DIRECT EXAMINATION BY MR. TOWNSEND . . . .          144/39
CROSS EXAMINATION BY MR. OLD . . . . . . .          148/39

STOVALL, STEVEN H., POTENTIAL JUROR
EXAMINATION BY MR. LEE . . . . . . . . . .          105/23
EXAMINATION BY MR. HINSON . . . . . . . . .         128/23

TATMAN, REBECCA CLAIRE, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .           199/28
EXAMINATION BY MR. OLD . . . . . . . . . .          229/28
EXAMINATION BY MR. OLD (CONT.) . . . . . .          242/28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| NAME | PAGE/VOLUME |
|------|-------------|

THOMPSON, BILLY JACK, POTENTIAL JUROR
EXAMINATION BY MR. LEE . . . . . . . . .     80/28

THOMPSON, MICHAEL R., POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .     9/26
EXAMINATION BY MR. OLD . . . . . . . . .     44/26

THURMAN, JAMES SETH, POTENTIAL JUROR
EXAMINATION BY MR. TOWNSEND . . . . . . .     135/20
EXAMINATION BY MR. OLD . . . . . . . . .     164/20

TOMLINSON, GLENN DEAN, POTENTIAL JUROR
EXAMINATION BY MR. LEE . . . . . . . . .     130/28
EXAMINATION BY MR. OLD . . . . . . . . .     159/28

TOSH, BOBBY WAYNE, POTENTIAL JUROR
EXAMINATION BY MR. LEE . . . . . . . . .     9/17

TOWNSEND, RICHARD
DIRECT EXAMINATION BY MR. OLD . . . . . .     98/39
DIRECT EXAMINATION BY MR. PARKS . . . . .     47/42

VICKERS, BILLY J., POTENTIAL JUROR
EXAMINATION BY COURT . . . . . . . . . .     102/25

WAGNER, JERRY
DIRECT EXAMINATION BY MR. TOWNSEND . . . .     449/35
CROSS EXAMINATION BY MR. OLD . . . . . .     456/35

WARD, LARRY D., POTENTIAL JUROR
EXAMINATION BY COURT . . . . . . . . . .     3/23

WARDLOW, BILLY JOE
DIRECT EXAMINATION BY MR. HINSON . . . . .     58/10
CROSS EXAMINATION BY MR. TOWNSEND . . . .     71/10
REDIRECT EXAMINATION BY MR. HINSON . . . .     77/10
RECROSS EXAMINATION BY MR. TOWNSEND . . .     80/10
DIRECT EXAMINATION BY MR. OLD . . . . . .     634/37
CROSS EXAMINATION BY MR. TOWNSEND . . . .     663/37
REDIRECT EXAMINATION BY MR. OLD . . . . .     714/37
RECROSS EXAMINATION BY MR. TOWNSEND . . .     720/37

WARDLOW, LINDA
DIRECT EXAMINATION BY MR. TOWNSEND . . . .     355/34
VOIR DIRE EXAMINATION BY MR. OLD . . . . .     360/34
DIRECT EXAMINATION BY MR. TOWNSEND (CONT.) .     362/34
CROSS EXAMINATION BY MR. OLD . . . . . .     363/34

**NAME**                                                    **PAGE/VOLUME**

**WASHINGTON, HARRY**
DIRECT EXAMINATION BY MR. TOWNSEND  . . . .      195/40
CROSS EXAMINATION BY MR. OLD  . . . . . .        198/40
DIRECT EXAMINATION BY MR. TOWNSEND  . . . .      207/40
CROSS EXAMINATION BY MR. OLD  . . . . . . .      211/40


**WILLIAMS, EDDIE D., POTENTIAL JUROR**
EXAMINATION BY COURT  . . . . . . . . . .        127/29


**WILTSE, RICHARD DEAN, POTENTIAL JUROR**
EXAMINATION BY MR. TOWNSEND . . . . . . . .       91/21
EXAMINATION BY MR. OLD  . . . . . . . . . .      127/21


**WRIGHT, BILLY PAUL, POTENTIAL JUROR**
EXAMINATION BY COURT  . . . . . . . . . . .       67/26

1
2
3
4
5
6
7
8
9
10
11
12                            * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

## VOLUME 5

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| DEF. EXHIBIT 1<br>TEXAS INFORMATION SYSTEM (TEXIS)<br>CENSUS INFORMATION | 14 | 18 | 18 | 19/ADM |
| DEF. EXHIBIT 2<br>NEWSPAPER ARTICLE | 26 | 26 | 26 | 26/ADM |
| DEF. EXHIBIT 3<br>NEWSPAPER ARTICLE | 27 | 27 | 27 | 27/ADM |
| DEF. EXHIBIT 4<br>NEWSPAPER ARTICLE | 27 | 28 | 28 | 28/ADM |
| DEF. EXHIBIT 5<br>NEWSPAPER ARTICLE | 28 | 28 | 28 | 28/ADM |
| DEF. EXHIBIT 6<br>NEWSPAPER ARTICLE | 29 | 29 | 29 | 29/ADM |
| DEF. EXHIBIT 7<br>NEWSPAPER ARTICLE | 29 | 30 | 30 | 30/ADM |
| DEF. EXHIBIT 8<br>NEWSPAPER ARTICLE | 30 | 30 | 30 | 30/ADM |
| DEF. EXHIBIT 9<br>NEWSPAPER ARTICLE | 31 | 31 | 31 | 31/ADM |

## VOLUME 7

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| VOIR DIRE 1<br>WITNESS LIST | 16 | 16 | 16 | 17/ADM |
| VOIR DIRE 2<br>PUNISHMENT EVIDENCE | 16 | 16 | 16 | 17/ADM |

## VOLUME 8

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| DEFENSE PRE-TRIAL 1<br>LETTER DATED 10/6/94<br>TO BIRD OLD, III<br>FROM RICHARD TOWNSEND | 32 | 32 | 32 | 32/ADM |

1

**VOLUME 9**

2

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S PRE-TRIAL 1 LETTER DATED 1/25/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 15 | 15 | 15 | 16/ADM |
| STATE'S PRE-TRIAL 2 LETTER DATED 2/24/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 22 | 22 | 23 | 25/ADM |
| STATE'S PRE-TRIAL 3 STATEMENT DATED 2/28/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 27 | 27 | 31 | 31/ADM |
| STATE'S PRE-TRIAL 4 ENVELOPE ADDRESSED TO RICKY BLACKBURN | 33 | 33 | 33 | 33/ADM |
| STATE'S PRE-TRIAL 5 STATEMENT DATED 9/11/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 37 | 37 | 38 | 38/ADM |
| STATE'S PRE-TRIAL 6 LETTER DATED 8/17/94 TO BILLY JOE WARDLOW FROM RICKY BLACKBURN | 40 | 44 | 45 | 46/ADM |
| STATE'S PRE-TRIAL 7 UNDATED LETTER TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 8 LETTER DATED 1/13/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 9 LETTER DATED 3/7/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |

**VOLUME 9 (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S PRE-TRIAL 10 LETTER DATED 4/10/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 11 LETTER DATED 5/7/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 12 LETTER DATED 5/9/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 13 LETTER DATED 5/9/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 14 LETTER DATED 5/9/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 15 LETTER DATED 5/18/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 16 LETTER DATED 6/11/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 17 UNDATED LETTER TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 18 LETTER DATED 7/5/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |

**VOLUME 9  (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S PRE-TRIAL 19 LETTER DATED 8/3/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 20 LETTER DATED 8/2/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 21 LETTER DATED 8/8/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 22 LETTER DATED 8/15/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 23 LETTER DATED 8/17/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 24 LETTER DATED 8/17/94 TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 25 LETTER DATED 8/15/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 26 UNDATED LETTER TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 27 LETTER DATED 8/29/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |

**VOLUME 9 (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S PRE-TRIAL 28<br>LETTER DATED 9/7/94<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 29<br>LETTER DATED 9/12/94<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 30<br>LETTER DATED 9/15/94<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 31<br>LETTER DATED 9/26/94<br>TO RICKY BLACKBURN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 32<br>LETTER DATED 9/27/94<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 33<br>LETTER DATED 10/4/94<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 33A<br>LETTER DATED 2/24/94<br>TO BILLY JOE WARDLOW<br>FROM PATSY MARTIN | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 34<br>LETTER DATED 7/15/93<br>TO WHOEVER IT MAY CONCERN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 35<br>LETTER DATED 8/24/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |

**VOLUME 9 (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S PRE-TRIAL 36<br>LETTER DATED 8/28/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 37<br>UNDATED LETTER<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 38<br>LETTER DATED 9/7/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 39<br>LETTER DATED 9/9/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 40<br>LETTER DATED 10/3/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 41<br>LETTER DATED 10/17/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| STATE'S PRE-TRIAL 42<br>LETTER DATED 10/26/93<br>TO PATSY MARTIN<br>FROM BILLY JOE WARDLOW | 46 | 46 | 46 | 47/ADM |
| DEFENSE PRE-TRIAL 2<br>CELL ASSIGNMENTS | 128 | 128 | 128 | 128/ADM |

**VOLUME 10**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| DEFENSE PRE-TRIAL 2<br>CELL ASSIGNMENTS | 27 | 27 | 27 | 27/ADM |

## VOLUME 11

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| DEFENSE VOIR DIRE 1 WITNESS LIST | 9 | 9 | 9 | |
| STATE'S VOIR DIRE 3 INDICTMENT | 11 | 11 | | |
| STATE'S VOIR DIRE 3 (SUBSTITUTED) INDICTMENT | 13 | 13 | 21 | 21/ADM |
| STATE'S VOIR DIRE 4 FLOW CHART | 11 | 13 | 21 | 21/ADM |
| STATE'S VOIR DIRE 5 SPECIAL ISSUES | 11 | 13 | 21 | 21/ADM |
| STATE'S VOIR DIRE 6 LEGAL DEFINITIONS | 79 | 80 | 80 | 80/ADM |
| STATE'S VOIR DIRE 7 POTENTIAL JUROR, ALBERT MILLER EXCUSE/QUESTIONNAIRE | 5 | 4 | | |
| STATE'S VOIR DIRE 8 LEGAL DEFINITIONS | 5 | 5 | 5 | 6/ADM |

## VOLUME 33

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 1 AFFIDAVIT | 16 | 16 | 16 | 19/ADM HEARING ONLY |
| STATE'S 2 ARREST WARRANT | 16 | 16 | 16 | 19/ADM HEARING ONLY |
| STATE'S 3 BLANK CHECKBOOKS | 99 | 99 | 99 | 101/ADM |
| STATE'S 3A VARIOUS DOCUMENTS BELONGING TO VICTIM | 158 | | | |
| STATE'S 3B VARIOUS DOCUMENTS BELONGING TO VICTIM | 158 | | | |

**VOLUME 33 (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 3C<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3D<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3E<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3F<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3G<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3H<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3I<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3J<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3K<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3L<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3M<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3N<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3O<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3P<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3Q<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |

### VOLUME 33 (CONTINUING)

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 3R<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3S<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3T<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3U<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 3V<br>VARIOUS DOCUMENTS BELONGING TO VICTIM | | | 158 | |
| STATE'S 4<br>ENVELOPE CONTAINING VICTIM'S POSSESSIONS | 99 | 99 | 99 | 101/ADM |
| STATE'S 5<br>PHOTO | 115 | 115 | 115 | 119/ADM |
| STATE'S 6<br>PHOTO | 115 | 115 | 115 | 120/ADM<br>OVER OBJECTION |
| STATE'S 7<br>PHOTO | 115 | 115 | 115 | 119/ADM<br>OVER OBJECTION |
| STATE'S 8<br>PHOTO | 115 | 115 | 115 | 120/ADM<br>OVER OBJECTION |
| STATE'S 9<br>PHOTO | 115 | 115 | 115 | 119/ADM |
| STATE'S 10<br>PHOTO | 115 | 115 | 115 | 119/ADM |
| STATE'S 11<br>PHOTO | 115 | 115 | 115 | 119/ADM |
| STATE'S 12<br>ENVELOPE CONTAINING ITEMS | 125 | 125 | 125 | 129/ADM<br>OVER OBJECTION |
| STATE'S 12A<br>EVIDENCE TAG | 130 | 130 | 130 | 130/ADM<br>RECORD ONLY |

**VOLUME 33 (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 13<br>PHOTO | 142 | 142 | 142 | 144/ADM |
| STATE'S 14<br>AUTOPSY REPORT | 147 | 147 | 147 | 148/ADM<br>OVER OBJECTION |
| STATE'S 15<br>BULLET | 150 | 150 | 150 | 151/ADM |

**VOLUME 34**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 16<br>PHOTO | 176 | 176 | 176 | 177/ADM |
| STATE'S 17<br>PHOTO | 179 | 179 | 179 | 180/ADM |
| STATE'S 18<br>VIDEOTAPE | 184 | 184 | 184 | 197/ADM<br>OVER OBJECTION |
| STATE'S 19<br>ENVELOPE CONTAINING PJ'S AND BEDSPREAD | 221 | 221 | 221 | 222/ADM |
| STATE'S 20<br>PHOTO | 227 | 227 | | |
| STATE'S 21<br>PHOTO | 227 | 227 | 227 | 230/ADM<br>OVER OBJECTION |
| STATE'S 22<br>PHOTO | 227 | 227 | | |
| STATE'S 23<br>.45 LLAMA | 251 | 251 | 251 | 376/ADM<br>RECORD ONLY |
| STATE'S 24<br>BOX OF BULLETS | 356 | 356 | 356 | 358/ADM<br>OVER OBJECTION |
| STATE'S 25<br>CARTRIDGE CASE | 370 | 370 | 370 | 375/ADM<br>RECORD ONLY |
| STATE'S 26<br>MAGAZINE | 371 | 371 | 371 | 376/ADM<br>RECORD ONLY<br>483/ADM |

VOLUME 35

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 27<br>TELETYPE | 391 | 391 | 391 | 393/ADM<br>RECORD ONLY<br>465/ADM<br>OVER OBJECTION |
| STATE'S 27A<br>ALTERED TELETYPE | 486 | 486 | 486 | 486/ADM |
| STATE'S 28<br>MIRANDA CARD | 401 | 401 | 401 | 404/ADM<br>RECORD ONLY |
| STATE'S 29<br>NEBRASKA VEHICLE PURCHASE CONTRACT | 453 | 453 | 453 | 454/ADM |
| STATE'S 30<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 1) | 487 | 487 | 536 | 536/ADM |
| STATE'S 31<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 2) | 487 | 487 | | |
| STATE'S 32<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 3) | 487 | 487 | | |
| STATE'S 33<br>ENVELOPE<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 4) | 487 | 487 | | |
| STATE'S 34<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 5) | 487 | 487 | | |
| STATE'S 35<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 6) | 487 | 487 | | |
| STATE'S 36<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 8) | 487 | 487 | | |
| STATE'S 37<br>LETTER<br>(ORIGINALLY MARKED STATE'S PRE-TRIAL 7) | 487 | 487 | | |

1

## VOLUME 35 (CONTINUING)

2

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|

3

STATE'S 38                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 9)

4

5

STATE'S 39                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 10)

6

7

STATE'S 40                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 11)

8

9

STATE'S 41                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 12)

10

11

STATE'S 42                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 13)

12

13

STATE'S 43                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 14)

14

15

STATE'S 44                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 15)

16

17

STATE'S 45                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 16)

18

19

STATE'S 46                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 17)

20

21

STATE'S 47                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 18)

22

23

STATE'S 48                487        487
LETTER
(ORIGINALLY MARKED STATE'S PRE-TRIAL 19)

24

25

1

## VOLUME 35 (CONTINUING)

2

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|

3
STATE'S 49          487      487
LETTER
4  (ORIGINALLY MARKED STATE'S PRE-TRIAL 20)

5
STATE'S 50          487      487
LETTER
6  (ORIGINALLY MARKED STATE'S PRE-TRIAL 21)

7
STATE'S 51          487      487
LETTER
8  (ORIGINALLY MARKED STATE'S PRE-TRIAL 22)

9
STATE'S 52          487      487
LETTER
10  (ORIGINALLY MARKED STATE'S PRE-TRIAL 23)

11
STATE'S 53          487      487
LETTER
12  (ORIGINALLY MARKED STATE'S PRE-TRIAL 24)

13
STATE'S 54          487      487
LETTER
14  (ORIGINALLY MARKED STATE'S PRE-TRIAL 25)

15
STATE'S 55          487      487
LETTER
16  (ORIGINALLY MARKED STATE'S PRE-TRIAL 26)

17
STATE'S 56          487      487
LETTER
18  (ORIGINALLY MARKED STATE'S PRE-TRIAL 27)

19
STATE'S 57          487      487
LETTER
20  (ORIGINALLY MARKED STATE'S PRE-TRIAL 28)

21
STATE'S 58          487      487
LETTER
22  (ORIGINALLY MARKED STATE'S PRE-TRIAL 29)

23
STATE'S 59          487      487
LETTER
24  (ORIGINALLY MARKED STATE'S PRE-TRIAL 30)

25

1               **VOLUME 35 (CONTINUING)**

2       **EXHIBIT NO.**          **MKD.**    **IDENT.**      **OFFRD.**      **ADM/DEN**

3       STATE'S 60              487       487
        LETTER
4       (ORIGINALLY MARKED STATE'S PRE-TRIAL 31)

5       STATE'S 61              487       487
        LETTER
6       (ORIGINALLY MARKED STATE'S PRE-TRIAL 32)

7       STATE'S 62              487       487
        LETTER
8       (ORIGINALLY MARKED STATE'S PRE-TRIAL 33)

9       STATE'S 63              487       487
        LETTER
10      (ORIGINALLY MARKED STATE'S PRE-TRIAL 33A)

11      STATE'S 64              487       487
        LETTER
12      (ORIGINALLY MARKED STATE'S PRE-TRIAL 34)

13      STATE'S 65              487       487
        LETTER
14      (ORIGINALLY MARKED STATE'S PRE-TRIAL 35)

15      STATE'S 66              487       487
        LETTER
16      (ORIGINALLY MARKED STATE'S PRE-TRIAL 36)

17      STATE'S 67              487       487
        LETTER
18      (ORIGINALLY MARKED STATE'S PRE-TRIAL 37)

19      STATE'S 68              487       487
        LETTER
20      (ORIGINALLY MARKED STATE'S PRE-TRIAL 38)

21      STATE'S 69              487       487
        LETTER
22      (ORIGINALLY MARKED STATE'S PRE-TRIAL 39)

23      STATE'S 70              487       487
        LETTER
24      (ORIGINALLY MARKED STATE'S PRE-TRIAL 40)

25

**VOLUME 35 (CONTINUING)**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 71 | 487 | 487 | | |
| LETTER | | | | |
| (ORIGINALLY MARKED STATE'S PRE-TRIAL 41) | | | | |
| STATE'S 72 | 487 | 487 | | |
| LETTER | | | | |
| (ORIGINALLY MARKED STATE'S PRE-TRIAL 42) | | | | |
| STATE'S 73 | 491 | 491 | 491 | 522/ADM |
| LETTER DATED 2/28/94 | | | | OVER OBJECTION |
| TO RICKY BLACKBURN | | | | |
| FROM BILLY JOE WARDLOW | | | | |
| STATE'S 74 | 496 | 496 | | |
| UNDATED LETTER | | | | |
| TO TONYA FULFER | | | | |
| FROM BILLY JOE WARDLOW | | | | |
| STATE'S 75 | 503 | 503 | 503 | 522/ADM |
| HANDWRITING SAMPLE | | | | |
| STATE'S 76 | 503 | 503 | 503 | 522/ADM |
| HANDWRITING SAMPLE | | | | |
| DEFENDANT'S 1 | 536 | 536 | 536 | 536/ADM |
| UNDATED LETTER | | | | |
| TO PATSY MARTIN | | | | |
| FROM BILLY JOE WARDLOW | | | | |
| DEFENDANT'S 2 | 556 | 556 | 556 | 557/ADM |
| JAIL DIAGRAM | | | | |

**VOLUME 39**

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| DEFENDANT'S 3 | 13 | 13 | 13 | 13/ADM |
| KEY | | | | RECORD ONLY |
| DEFENDANT'S 4 | 22 | 22 | 22 | 25/ADM |
| OFFENSE REPORT | | | | RECORD ONLY |
| DEFENDANT'S 5 | 87 | 87 | 87 | 91/ADM |
| MAP | | | | RECORD ONLY |

## VOLUME 39 (CONTINUING)

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| DEFENDANT'S 6 REPORT | 99 | 99 | 99 | 104/ADM RECORD ONLY |
| DEFENDANT'S 7 DISPOSITION SHEET | 122 | 122 | 122 | 133/ADM RECORD ONLY |
| DEFENDANT'S 8 FEDERAL COURT ORDER | 130 | 130 | 130 | 133/ADM RECORD ONLY |
| DEFENDANT'S 9 FEDERAL COURT ORDER | 133 | 133 | 133 | 136/ADM RECORD ONLY |
| STATE'S 77 PIECES OF FLUORESCENT LIGHT | 110 | 110 | 110 | 113/ADM RECORD ONLY |
| STATE'S 78 PIECES OF FLUORESCENT LIGHT | 110 | 110 | 110 | 117/ADM RECORD ONLY |
| STATE'S 79 WIRES FROM FLUORESCENT LIGHT | 115 | 115 | 115 | 117/ADM RECORD ONLY |
| STATE'S 80 PIECES OF FLUORESCENT LIGHT | 117 | 117 | 117 | 119/ADM RECORD ONLY |
| STATE'S 81 PIECE OF EARPHONE | 119 | 119 | 119 | 120/ADM RECORD ONLY |
| STATE'S 82 UNDATED LETTER TO PATSY MARTIN FROM BILLY JOE WARDLOW | 152 | 152 | 152 | 171/ADM |
| STATE'S 83 LETTER DATED 6/11/94 TO PATSY MARTIN FROM BILLY JOE WARDLOW | 152 | 152 | 152 | 171/ADM |
| STATE'S 84 UNDATED LETTER TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 155 | 155 | 155 | 171/ADM |
| STATE'S 85 UNDATED LETTER TO RICKY BLACKBURN FROM BILLY JOE WARDLOW | 155 | 155 | 155 | 171/ADM |

1

## VOLUME 39 (CONTINUING)

2

| EXHIBIT NO. | MKD. | IDENT. | OFFRD. | ADM/DEN |
|---|---|---|---|---|
| STATE'S 86 | 155 | 155 | 155 | 171/ADM |
| LETTER DATED 2/8/94 | | | | OVER OBJECTION |
| TO RICKY BLACKBURN | | | | |
| FROM BILLY JOE WARDLOW | | | | |

3

4

5

6

7                          * * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25