72102

BILLY JOE WARDLOW

STATE'S ORIGINAL EXHIBITS 6, 7, 8 (PHOTOGRAPHS)

FILED
COURT OF CRIMINAL APPEALS

OCT 23 1996

Troy C. Bennett, Jr., Clerk