Vol. III of IX

No. _____   CCRA No. **72102**

**Billy Joe Wardlow**
_____ Appellant

Offense _____   Punishment _____

_____ County.

_____ MOTION FOR
REHEARING IS _____.
_____ 19 _____.
JUSTICE

Trial Court _____
Trial Court No. _____
Trial Judge _____
Disposition _____
Date _____
Justice _____ P.C. _____ S _____
Panel _____ Quarter _____ En Banc _____
S/F Vos. 10-14
St. B _____
Ap. B _____
Supp. Tr. _____
Supp. B _____
Pro Se _____
On Pdr: 
Pdr Filed _____
Response _____
Brief _____
S. Brief _____

35 SP78517