VOL. IV OF IX

No. _____     CCRA No. *72/02* _____

*BILLY JOE WARDLOW* _____

*Appellan*

_____

*Offense*                    *Punishment*

_____

*County*

_____MOTION FOR

REHEARING IS_____.

_____19_____.

**JUSTICE**

Trial Court_____

Trial Court No._____

Trial Judge_____

Disposition_____

Date_____

Justice_____P.C._____S_____

Panel_____Quarter_____En Banc_____

S/F *Vocs. 15-19*

St. B_____

Ap. B_____

Supp. Tr._____

Supp. B_____

Pro Se_____

On Pdr:

Pdr Filed_____

Response_____