Vol. I of IX

No. _____  CCRA No. **72/02**

_Billy Joe Wardlow_
Appellant

Offense _____  Punishment _____

_____ Count

_____ MOTION FOR
REHEARING IS _____.
_____ 19 _____.
_____
JUSTICE

Trial Court _____
Trial Court No. _____
Trial Judge _____
Disposition _____
Date _____
Justice _____ P.C. _____ S _____
Panel _____ Quarter _____ En Banc _____
S/F _Vols. 20-23_
St. B _____
Ap. B _____
Supp. Tr. _____
Supp. B _____
Pro Se _____
On Pdr:
Pdr Filed _____
Response _____

35 SP78517