IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BILLY JOE WARDLOW,** | § § § | |
| Petitioner, | § § § § | |
| -v- | § § § § | NO.  4:04-cv-00408-MAC |
| **LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division,** | § § § § § | CAPITAL CASE |
| Respondent. | § § | |

---

**PETITIONER'S MOTION TO STAY EXECUTION**
**[Mr. Wardlow is scheduled to be executed July 8, 2020]**

---

Billy Joe Wardlow, by counsel, respectfully requests that the Court enter an order staying his execution scheduled for July 8, 2020.  In support of this request, he sets forth the following:

1. Mr. Wardlow is under sentence of death in the State of Texas and is now scheduled to be executed at 6:00 pm or thereafter on July 8, 2020.  *See* Exhibit (execution order).

2. Mr. Wardlow has today filed a Motion for Relief from Judgment, directed to the judgment of August 21, 2017 denying his petition for writ of habeas corpus.  Dkt. No. 38.  The ground for relief from judgment is that the primary basis for the Court's denial of his petition was that his state habeas corpus application had been dismissed on procedural grounds by the Texas Court of Criminal Appeals.  For that reason, this Court found the claims in his federal habeas

petition procedurally barred. On April 29, 2020, the Court of Criminal Appeals reconsidered its procedural dismissal and entered a ruling denying on the merits the claims presented in Mr. Wardlow's state habeas application. That ruling removes the basis for this Court's procedural bar ruling, and that development calls for the judgment of this Court to be vacated, and the claims that were barred from merits review in his federal petition to be considered anew.

3. The criteria for granting a stay are:

> (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.

*Nken v. Holder*, 556 U.S. 418, 433-34 (2009). In a death penalty case, the second factor always weighs in favor of a stay, and the third and fourth factors generally weigh in favor of a stay if the first factor, the likelihood of success on the merits, weighs in the condemned petitioner's favor.

6. After reviewing the Motion, we submit that the Court will find that Mr. Wardlow has "made a strong showing that he is likely to succeed on the merits." *Nken, supra*.

WHEREFORE, Mr. Wardlow requests that the Court stay his execution.

Respectfully submitted,

*[signature: Richard H.B.]*

RICHARD BURR
TBA No. 24001005
PO Box 525
Leggett, Texas 77350
(713) 628-3391
(713) 893-2500 fax
dick@burrandwelch.com

<u>Counsel for Billy Joe Wardlow</u>

**CERTIFICATE OF CONFERENCE**

     I certify that on June 16, 2020, I conferred by email with counsel for Respondent, Gwendolyn Vindell, on the underlying Motion for Relief from Judgment, and she has told me that she opposes the motion. Her opposition would necessarily extend to this instant motion.

Richard Burr

**CERTIFICATE OF SERVICE**

     I hereby certify that this motion was served on Respondent Davis through filing in the Court's ECF system, with service included upon Assistant Attorney General Gwendolyn Vindell, at her email address, *gwendolyn.vindell2@oag.texas.gov,* this 18th day of June, 2020.

Richard Burr

# Exhibit

4/6/2020 8:10 AM

Marcus Carlock
District Clerk
Elodia Chapa

Cause No. CR12764

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 76TH DISTRICT COURT |
| | § | |
| v. | § | OF |
| | § | |
| BILLY JOE WARDLOW | § | TITUS COUNTY, TEXAS |

*A TRUE COPY of the original hereof, I certify*
*MARCUS CARLOCK*
*District Court Clerk*
*Titus County, Texas*
*This 6 day of APR 2020*
*By _____ Deputy Clerk*

## EXECUTION ORDER

You, BILLY JOE WARDLOW, were indicted by the Grand Jury of Morris County, Texas, and charged with the offense of capital murder in cause numbers 6989, 7127, and 7130. After venue was transferred to Titus County, Texas, a jury in this Court returned a verdict finding you guilty of the offense of capital murder on February 8, 1995, in cause number 12,764. On February 11, 1995, the same jury in this Court returned answers to the special issues, submitted to the jury at punishment pursuant to Article 37.071 of the Texas Code of Criminal Procedure, and this Court, in accordance with the jury's findings at punishment, assessed your punishment at death. The judgment of this Court was reviewed by the Texas Court of Criminal Appeals on direct appeal and it was affirmed by that court on April 2, 1997, with mandate issued on August 18, 1997. Subsequently, on September 15, 2004, the Court of Criminal Appeals dismissed your initial application for writ of habeas corpus. Thereafter, the District Court for the Eastern District of Texas, Sherman Division, denied your federal petition for writ of habeas corpus on August 21, 2017, and the United States Court of Appeals for the Fifth Circuit denied your application for a Certificate of Appealability on October 22, 2018. Afterwards, the United States Supreme Court denied your petition for writ of certiorari on October 15, 2019. A previous execution date was set by this Court for April 29, 2020. This Court now proceeds to modify your prior execution date and now enters the following order.

IT IS HEREBY ORDERED by this Court that the prior execution warrant of October 25, 2019, setting an April 29, 2020 execution date for BILLY JOE WARDLOW, is RECALLED.

IT IS HEREBY ORDERED by this Court that you, BILLY JOE WARDLOW, having been adjudged guilty of capital murder and having been assessed punishment at death, in accordance with the findings of the jury and the judgment of this Court, shall at some time after the hour of 6:00 p.m. on the 8th day of July, 2020, be put to death by an executioner designated by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, who shall cause a substance or substances in a lethal quantity to be intravenously injected into your body sufficient to cause your death and until your death, such execution procedure to be determined and supervised by the said Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

1

It is ORDERED that the Clerk of this Court shall issue a death warrant, in accordance with this sentence, to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, and shall deliver such warrant to the Sheriff of Titus County, Texas to be delivered by him to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice together with the defendant, BILLY JOE WARDLOW, if not previously delivered.

The Defendant, BILLY JOE WARDLOW, is hereby remanded to the custody of the Sheriff of Titus County, Texas, to await transfer to Huntsville, Texas, if not previously delivered, and the execution of this sentence of death.

DONE AND ENTERED this __3rd__ day of __April__, 2020.

*Angela Saucier*
ANGELA SAUCIER
Presiding Judge
76th District Court
Titus County, Texas