IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| BILLY JOE WARDLOW, | § | |
| --- | --- | --- |
| Petitioner, | § | |
| -v- | § | NO. 4:04-cv-00408-MAC |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | CAPITAL CASE |
| | § | <u>Execution Date of July 8, 2020</u> |
| Respondent. | § | |

## NOTICE OF APPEAL

Notice is hereby given that BILLY JOE WARDLOW, petitioner in the above-captioned habeas corpus proceeding, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of Transfer entered by the Court June 30, 2020 (Doc. No. 53).

Respectfully submitted,

*/s/ Richard Burr*

RICHARD BURR
TBA No. 24001005
PO Box 525
Leggett, Texas 77350
(713) 628-3391
(713) 893-2500 fax
dick@burrandwelch.com

<u>Counsel for Billy Joe Wardlow</u>

# CERTIFICATE OF SERVICE

      I hereby certify that this reply was served on Respondent Davis through filing in the Court's ECF system, with service included upon Assistant Attorney General Gwendolyn Vindell, at her email address, *gwendolyn.vindell2@oag.texas.gov*, this 30th day of June 2020.

Richard Burr